CO-386-online
10/03

# United States District Court
# For the District of Columbia

RSM Production Corporation )
)
)
)
            Plaintiff )    Civil Action No. _____
     vs )
)
FRESHFIELDS BRUCKHAUS )
DERINGER et. al. )
)
            Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   RSM Production Corporation   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   RSM Productions Corporation   which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_Kelly Hebron_ (signature)
Signature
KELLY PRIDE HEBRON
Print Name

MD13597
BAR IDENTIFICATION NO.

1300 Mercantile Lane, Suite 139II
Address

Largo, MD 20774
City      State      Zip Code

301-583-4633
Phone Number