# United States District Court
# For the District of Columbia

RSM Production Corporation
              Plaintiff(s)　　　)　　**APPEARANCE**
                 vs.　　　　　)　　CASE NUMBER　1:10-cv-00457
Freshfield Bruckhaus Deringer U.S. LLP, et al.
            Defendant(s)　　)

To the Clerk of this court and all parties of record:

Please enter the appearance of  David W. Ogden  as counsel in this
                             (Attorney's Name)

case for: Freshfield Bruckhaus Deringer U.S. LLP, Jan Paulsson and Brian King
                      (Name of party or parties)

April 7, 2010　　　　　　　　　　　　　/s/ David W. Ogden
Date　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　David W. Ogden
375951　　　　　　　　　　　　　　　　Print Name
BAR IDENTIFICATION
　　　　　　　　　　　　　　　　　　　1875 Pennsylvania Ave., NW
　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　Washington, D.C.  20001
　　　　　　　　　　　　　　　　　　　City　　　State　　　Zip Code

　　　　　　　　　　　　　　　　　　　(202) 663-6000
　　　　　　　　　　　　　　　　　　　Phone Number