**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

—————————————————————
                                                    )
RSM PRODUCTION CORP.,                               )
                                                    )
            Plaintiff,                              )        Civil Action No. 1:10-cv-00457 (EGS)
                                                    )
      v.                                            )
                                                    )
FRESHFIELDS BRUCKHAUS DERINGER                      )
U.S. LLP, JAN PAULSSON, and BRIAN                   )
KING,                                               )
                                                    )
            Defendants.                             )
                                                    )
—————————————————————

### JOINT MOTION FOR EXTENSION OF TIME FOR RESPONDING TO THE COMPLAINT

        Plaintiff RSM Production Corp. and Defendants Freshfields Bruckhaus Deringer U.S.

LLP, Jan Paulsson, and Brian King (collectively "Defendants"), through their undersigned

attorneys, hereby jointly move pursuant to Federal Rule of Civil Procedure 6(b)(1) that the

Defendants' time for responding to the Complaint in the above-captioned matter be extended to

and include June 1, 2010.

                                        Respectfully submitted.

Dated:  April 9, 2010

PRIDE LAW OFFICE, LLC                           WILMER CUTLER PICKERING
                                                HALE & DORR LLP

By:  /s/ Kelly M. P. Huber (by David W. Ogden)  By:  /s/ David W. Ogden
      1400 Mercantile Lane, Ste. 208                  1875 Pennsylvania Avenue
      Largo, MD  20774                                Washington, D.C.  20001
      (301) 583-4633 (telephone)                      (202) 663-6000 (telephone)
      (301) 306-7538 (facsimile)                      (202) 663-6363 (facsimile)
      khebron@pridelaw.com                            david.ogden@wilmerhale.com

      *Counsel for Plaintiff RSM*                     *Counsel for Defendants*
      *Production Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

RSM PRODUCTION CORP.,         )

        )

      Plaintiff,     )     Civil Action No. 1:10-cv-00457 (EGS)

        )

    v.        )

        )

FRESHFIELDS BRUCKHAUS DERINGER  )

U.S. LLP, JAN PAULSSON, and BRIAN  )

KING,        )

        )

      Defendants.   )

_____

## [PROPOSED] ORDER

The parties' Joint Motion For Extension Of Time For Responding To The Complaint is

**GRANTED**.  The time for each Defendant to respond to the Complaint in the above-captioned

matter is extended to and include June 1, 2010.

**IT IS SO ORDERED** this ___day of _____, 2010

_____

Emmet G. Sullivan, U.S.D.J.

## APPENDIX PURSUANT TO LOCAL RULE 7(K)

The following attorneys are entitled to be notified of the entry of the attached [Proposed] Order.

Kelly M. P. Hebron
PRIDE LAW  OFFICE
1400 Mercantile Lane, Ste. 208
Largo, MD  20774
(301) 583-4633 (telephone)
(301) 306-7538 (facsimile)
khebron@pridelaw.com

David W. Ogden
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, D.C.  20001
(202) 663-6000 (telephone)
(202) 663-6363 (facsimile)
david.ogden@wilmerhale.com

*Counsel for Plaintiff RSM
Production Corp.*

*Counsel for Defendants Freshfields
Bruckhaus Deringer U.S. LLP, Jan
Paulsson, and Brian King*