# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Civil Action No. 10 Civ. 457 (EGS)

RSM PRODUCTION CORPORATION,

Plaintiff,

v.

FRESHFIELDS BRUCKHAUS DERINGER
US LLP, JAN PAULSSON and BRIAN KING

Defendants.

## MOTION FOR PRO HAC VICE

PLEASE TAKE NOTICE that, upon the accompanying declaration of Daniel L. Abrams, dated April 5, 2010, Plaintiff will move this Court at a time and date that the Court may direct, at the United States Courthouse located at 333 Constitution Avenue, N.W. Washington, DC for an Order pursuant to Local Rule 83.2(d) permitting Daniel L. Abrams, Esq., to appear as counsel for the Plaintiff RSM Production Corporation, along with the undersigned, in this case.

Dated:  April 5, 2010

PRIDE LAW OFFICE

*/s/ Kelly Pride Hebron*
Kelly Pride Hebron
1300 Mercantile Lane, Suite 139II
Largo, MD 20774
(301) 583-4633