IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 10 Civ. 457 (EGS)

RSM PRODUCTION CORPORATION,

Plaintiff,

v.

FRESHFIELDS BRUCKHAUS DERINGER
US LLP, JAN PAULSSON and BRIAN KING

Defendants.

## DECLARATION OF DANIEL L. ABRAMS

I, DANIEL L. ABRAMS, hereby affirm under penalty of perjury.

1. I am a member in good standing of the bar of the State of New York and am the principal of the Law Office of Daniel L. Abrams, PLLC. I submit this Declaration in support of my motion, pursuant to Local Rule 83.2(d) to be admitted *pro hac vice* in the above-captioned case.

2. My office address is Two Penn Plaza, Suite 1500, New York, New York, 10121. My office telephone number is 212 292-5663.

3. I am not admitted to practice in any State other than New York. I was admitted to practice in New York State in March of 1996. I am admitted to practice in the following federal courts: Southern District of New York, Eastern District of New York, Second Circuit Court of

Appeals, Sixth Circuit Court of Appeals, and Tenth Circuit Court of Appeals.

4. I have never been disciplined by any bar authority. I have been admitted *pro hac vice* as Plaintiffs' counsel in the cases of <u>Grynberg et al v. BP, P.L.C. et al</u>, 08 Civ. 301 (JDB) (date of admission Order, April 2, 2008) and <u>Grynberg et al. v. Dote</u>, 07 Civ. 1490 (JR) (date of admission Order, June 11, 2008). I have otherwise never been admitted *pro hac vice* in this Court.

Dated: New York, New York
April 5, 2010

_____
Daniel L. Abrams