# United States District Court
# For the District of Columbia

RSM Production Corporation

          Plaintiff(s)         ) **APPEARANCE**

          vs.         ) CASE NUMBER   1:10-cv-00457

Freshfield Bruckhaus Deringer U.S. LLP, et al.

          Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Andrew Weissman   as counsel in this
(Attorney's Name)

case for:   Freshfield Bruckhaus Deringer U.S. LLP, Jan Paulsson and Brian King
(Name of party or parties)

April 9, 2010
Date

245720
BAR IDENTIFICATION

/s/ Andrew Weissman
Signature

Andrew Weissman
Print Name

1875 Pennsylvania Ave., NW
Address

Washington, D.C.  20001
City    State    Zip Code

(202) 663-6000
Phone Number