# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RSM PRODUCTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRESHFIELDS BRUCKHAUS DERINGER U.S. LLP, JAN PAULSSON, and BRIAN KING, <br><br> Defendants. | Civil Action No. 1:10-cv-00457 (EGS) |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, Defendants have until June 1, 2010 to answer or move with respect to the Complaint, and intend to make a Motion to Dismiss;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, subject to the approval of the Court, as follows:

1. Plaintiff shall serve an opposition to the forthcoming Motion to Dismiss on or before July 6, 2010;

2. Defendants shall serve their reply papers on or before July 26, 2010;

3. Plaintiff reserves the right to amend its Complaint consistent with Federal Rule of Civil Procedure 15.

Dated: May 27, 2010

| LAW OFFICE OF DANIEL L. ABRAMS, PLLC | WILMERHALE |
|---|---|
| /s/ Daniel L. Abrams (by David W. Ogden) <br> 2 Penn Plaza, Suite 1500 <br> New York, NY 10121 | /s/ David W. Ogden <br> 1875 Pennsylvania Ave., NW <br> Washington, DC 20006 |

**IT IS SO ORDERED** this ___day of _____, 2010

                                                                                                                   _____
                                                                                                                    Emmet G. Sullivan, U.S.D.J.

## APPENDIX PURSUANT TO LOCAL RULE 7(K)

The following attorneys are entitled to be notified of the entry of the attached Stipulation and [Proposed] Order.

| | |
|---|---|
| Kelly M. P. Hebron<br>PRIDE LAW OFFICE<br>1400 Mercantile Lane, Ste. 208<br>Largo, MD  20774<br>(301) 583-4633 (telephone)<br>(301) 306-7538 (facsimile)<br>kpride@pridelaw.com<br><br>Daniel L. Abrams<br>LAW OFFICE OF DANIEL L. ABRAMS PLLC<br>Two Penn Plaza, Suite 1910<br>New York, NY  10121<br>(212) 292-5663 (telephone)<br>(646) 536-8905 (facsimile)<br>dan@lawyerquality.com | David W. Ogden<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue<br>Washington, D.C.  20001<br>(202) 663-6000 (telephone)<br>(202) 663-6363 (facsimile)<br>david.ogden@wilmerhale.com |
| *Counsel for Plaintiff RSM Production Corp.* | *Counsel for Defendants Freshfields Bruckhaus Deringer U.S. LLP, Jan Paulsson, and Brian King* |