# EXHIBIT C

A search of Grynberg's name and RSM Corporation using Lexis/Nexis CourtLink® identifies one or both of them as a plaintiff in 140 federal and state actions.

1.    *RSM Production Corporation v. Freshfields, et al.*, No. 1:10cv00457)   (D.D.C. filed Mar. 17, 2010);

2.    *Grynberg et al. v. ENI SPA*, No. 4:10mc59 (S.D. Tex. filed Feb. 12, 2010);

3.    *RSM Production Corporation et al. v. Foo*, No. 4:09cv3648 (S.D. Tex. terminated Feb. 18, 2010);

4.    *RSM Production Corporation v. Foo, Kevin*, No. 200967431 (Tex. District & County terminated Dec. 27, 2009);

5.    *Grynberg et al. v. BG Group PLC et al.*, No. 1:09cv277 (E.D. Tex. terminated Aug. 13, 2009);

6.    *Universal Drilling Company, Inc. et al. v. Newpark Drilling Fluids, LL  Jack J Grynberg*, No. 1:08cv2686  (D. Colo. filed Dec. 10, 2008);

7.    *Grynberg et al. v. Ivanhoe Energy, Inc. et al.*, No. 1:08cv2528 (D. Colo. terminated Oct. 19, 2009);

8.    *Grynberg vs. Black Tom*, No. 0104539/2008 (N.Y. Sup. Ct. terminated Jan. 15, 2009);

9.    *Grynberg et al. v. Todd M Ficeto et al.*,  No. BC 396756 (Cal Sup. Ct. LA County filed Aug. 21, 2009);

10.    *Grynberg, et al. v. BP PLC et al.*, No. 1:08cv301, (D.D.C. terminated May 1, 2009);

11.    *Grynberg, et al. v. Homm et al.*, No. 1:08cv227 (D. Colo. terminated Apr. 28, 2008);

12.    *Grynberg, et al. v. Dote et al.*, No. 1:07cv1490 (D.D.C. terminated Sept. 21, 2009);

13.    *Grynberg, et al. v. Grey Wolf, Inc. et al.*, No. 1:07cv1742 (D. Colo. terminated Apr. 1, 2008);

14.    *Grynberg v.Advance Nanotech, Inc.,* No. 0104539/2008 (N.Y. Sup. Ct. terminated Aug. 27, 2009);

15.    *Grynberg, et al. v. Ceptor, Inc. et al.*, No. 1:07cv1528 (D. Colo. filed July 20, 2007);

16.    *RSM Production Corporation et al. v. Fridman et al.*, No. 1:07mc10092 (D. Mass. filed Apr. 13, 2007);

17.    *Jack J Grynberg v. Timothy H Shaffer, et al.,* No. CV2007-006334  (Ariz. Sup. Ct. Maricopa filed Apr. 9, 2007);

18.   *In re Enron Corporation*, No. 1:07cv853 (S.D.N.Y. terminated Mar. 23, 2009);

19.   *RSM Production Corporation, et al. v. Fridman et al.*, No. 1:06cv11512 (S.D.N.Y. terminated Mar. 2, 2009);

20.   *Grynberg, et al. v. BP, PLC*, No. 1:06cv6494  (S.D.N.Y. filed Aug. 28, 2006);

21.   *Grynberg, et al. v. ENI SPA*, No. 1:06cv6495 (S.D.N.Y. Aug. 28, 2006);

22.   *Grynberg v. Sullivan & Cromwell LLP*, No. 105266/2006 (N.Y. County filed Apr. 17, 2006);

23.   *Grynberg v. Sullivan & Cromwell, LLP*, No. 0105266/2006  (N.Y. Sup. Ct. terminated June 22, 2006);

24.   *In re Enron Corporation*, No. 1:06cv2684, (S.D.N.Y. terminated Apr. 6, 2006);

25.   *In re Enron Corporation*, No. 1:06cv1645 (S.D.N.Y. terminated June 7, 2007);

26.   *Grynberg et al. v. Global Pacific & Partners International, Ltd*, No. 1:06cv1645  (S.D. Tex. terminated Mar. 23, 2009);

27.   *RSM Production Corporation v. Vintage Petroleum Inc. (Corporation),* No. 200571156 (Tex. District & County Ct. terminated Jan. 24, 2010);

28.   *Grynberg, et al. v. I/M/O Application for the Issuance of A Subpoena to Totalfina Elf, SA*, No. 2:05cv1245 (D.N.J. terminated Mar. 8, 2005);

29.   *Pricaspian Dvlpmnt Corporation, et al. v. Statoil Asa And BP Exploration OP Co*, No. L00078105 (N.Y. Sup. Ct. filed Feb. 10, 2005);

30.   *Grynberg v. BP Exploration Operating*, No. 0116840/2004 (N.Y. Sup. Ct. terminated Apr. 19, 2010);

31.   *Grynberg, et al. v. Merit Energy Company*, No. 1:04cv338 (D. Wyo. Filed Dec. 2, 2004);

32.   *Grynberg v. BP Exploration Operating Co*, No. 116840/2004 (N.Y. County Clerk filed Nov. 30, 2004);

33.   *Grynberg v. Apache Corporation*, No. 1:04md1684  (D. Wyo. Terminated May 28, 2007);

34.   *Grynberg v. Timothy H Shaffer, et al*., No. CV2004-008033 (Ariz Sup. Ct. filed Apr. 23, 2004);

35.   *Grynberg, et al. v. Geophysical Services, et al.,* No. 1:04cv802   (D. Colo. terminated May 25, 2007);

36.   *Grynberg v. Wright, et al.*, No. 1:04cv704 (D. Colo. terminated May 31, 2004);

37.   *Grynberg, et al. v. BP Exporation Operating Company Limited*, No. 1:04cv1622 (S.D.N.Y. terminated Oct. 6, 2004);

38.   *Grynberg v. Druhan*, NO. 1:04cv113 (S.D. Ala. Terminated Apr. 10, 2006);

39.   *Grynberg v. Rinehart*, No. 1:04cv44 (D. Colo. terminated Jan. 14, 2004);

40.   *Grynberg v. Busch*, No. 1:04cv13 (D. Colo. terminated July 12, 2004);

41.   *Grynberg, et al. v. National Assn SEC*, No. 1:03cv2590 (D. Colo. terminated Aug. 9, 2004);

42.   *J J C C Ltd, et al. v. Atmos Energy Corporation*, No. 1:03cv2056 (W.D. La. Terminated Mar. 23, 2003);

43.   *Grynberg v. Apache Corporation*, No. 1:03sc2095 (D. Colo. filed Oct. 22, 2003);

44.   *Grynberg, et al. v. Total SA*,  No. 1:03cv1280 (D. Colo. terminated Nov. 30, 2006);

45.   *Grynberg, et al. v. Royal Dutch Pet Company*, No. 1:03cv1212 (D. Colo. terminated Nov. 30, 2006);

46.   *Grynberg v. Air France*, No. 1:03cv802 (D. Wyo. terminated May 7. 2007);

47.   *Grynberg v. KPMG LLP*, No. 2:03cv69 (D. Wyo. terminated July 26,. 2007);

48.   *Grynberg v. Ernst & Young LLP*, No. 1:02cv1041 (D. Wyo. terminated Mar. 27, 2006);

49.   *Grynberg v. KPMG International*, No. 1:02cv1042 (D. Wyo. terminated Jan. 1. 2007);

50.   *Grynberg v. Pricewaterhouse*, No. 1:02cv1043 (D. Wyo. terminated Jan. 1. 2007);

51.   *Grynberg v. Deloitte & Touche*, No. 1:02cv1044 (D. Wyo. terminated Jan. 1. 2007);

52.   *Grynberg v. Arthur Andersen & Company*, No. 1:02cv1045 (D. Wyo. terminated July 12, 2004);

53.   *USA, et al. v. GPM Gas Corporation*, No. 1:02md1682, (D. Wyo. terminated May 14, 2007);

54.   *Grynberg v. Compagnie Generale*, No. 1:02cv270 (D. Colo. terminated Feb. 13, 2002);

55.   *RSM Production Corporation v. Global Network Providers Gren*, No. CACE01001219, (Fla. Cir. & County, filed Jan. 22, 2001);

56.   *Wright, et al. v. Agip Petr Company Inc.*, No. 1:00md1675 (D. Wyo. terminated Feb. 14, 2006);

57. *Grynberg v. ANR Pipeline Company*, No. 1:00md1632 (D. Wyo. terminated Aug. 11, 2009);

58. *Grynberg v. Consumers Energy*, No. 1:00md1633 (D. Wyo. terminated June 9, 2007);

59. *Grynberg v. Mi Consolidated Gas*, No. 1:00md1634 (D. Wyo. terminated Jan. 25, 2000);

60. *Grynberg v. ANR Pipeline Company*, No. 1:99md1632 (D. Wyo. filed Jan. 25, 2000);

61. *Grynberg v. Consumers Energy*, No. 1:99md1633 (D. Wyo. filed Jan. 25, 2000);

62. *Grynberg v. Mi Consolidated Gas*, No. 1:99md1634 (D. Wyo. filed Jan. 25, 2000);

63. *Grynberg v. Agave Energy Company*, No. 1:00md1635 (D. Wyo. terminated June 9, 2007);

64. *Grynberg v. PSC NM*, No. 1:00md1636 (D. Wyo. terminated June 9, 2007);

65. *Grynberg v. Agave Energy Company*, No. 1:99md1635 (D. Wyo. terminated Jan 11, 2000);

66. *Grynberg v. PSC NM*, No. 1:99md1636 (D. Wyo. terminated Jan. 11, 2007);

67. *Grynberg v. Dow Chemical Company*, No. 1:99md1673 (D. Wyo. terminated May 10, 2007);

68. *Grynberg v. Barrett Resources*, No. 1:99md1667 (D. Wyo. terminated May 10, 2007);

69. *Grynberg v. Natural Gas P/L Company*, No. 1:99md1668 (D. Wyo. terminated Nov. 6, 2007);

70. *Grynberg v. Transmontaigne Oil*, No. 1:99md1669 (D. Wyo. terminated Sept. 2, 2007);

71. *Grynberg v. Cross Timbers Oil Company*, No. 1:99md1672 (D. Wyo. terminated Nov. 08, 2007);

72. *Grynberg v. Southwestern Energy*, No. 1:99md1670 (D. Wyo. terminated May 16, 2007);

73. *Grynberg v. AR OK Gas Corporation*, No. 1:99md1671 (D. Wyo. terminated May 14, 2007);

74. *Grynberg v. Pacific Interstate,* No. 1:99md1601 (D. Wyo. terminated May 10, 2007);

75. *Grynberg v. Pac Gas & Electric*, No. 1:99md1602 (D. Wyo. terminated May 31, 2007);

76. *Grynberg v. Chandeleur Pipe Line*, No. 1:99md1623 (D. Wyo. terminated May 10, 2007);

77. *Grynberg v. Bridgeline Gas Dist*, No. 1:99md1624 (D. Wyo. terminated May 25, 2007);

78. *Grynberg v. SO Natural Gas Company*, No. 1:99md1625 (D. Wyo. terminated May 16, 2007);

79. *Grynberg v. Tejas Gas Corporation*, No. 1:99md1626 (D. Wyo. terminated May 11, 2007);

80. *Grynberg v. Consolidated Nat Gas*, No. 1:99md1627 (D. Wyo. terminated May 10, 2007);

81. *Grynberg v. Columbia Gulf Trans*, No. 1:99md1628 (D. Wyo. terminated May 10, 2007);

82. *Grynberg v. Shell Oil Company*, No. 1:99md1629 (D. Wyo. terminated Nov. 11, 2007);

83. *Grynberg v. La Intrastate Gas Company*, No. 1:99md1630 (D. Wyo. terminated May 21, 2007);

84. *Grynberg v. Dynegy Inc.*, No. 1:99md1631 (D. Wyo. terminated May 11, 2007);

85. *Grynberg v. Mitco Pipeline Company*, No. 1:99md1648 (D. Wyo. terminated Mar. 25, 2009);

86. *Grynberg v. Leviathan P/L PRTS*, No. 1:99md1649 (D. Wyo. terminated Oct. 24, 2007);

87. *Grynberg v. Blue Dolphin P/L Company*, No. 1:99md1650 (D. Wyo. terminated May 10, 2007);

88. *Grynberg v. Seagull Energy Corporation*, No. 1:99md1651 (D. Wyo. terminated Mar. 23, 2009);

89. *Grynberg v. KN Energy Inc.*, No. 1:99md1603 (D. Wyo. terminated May 11, 2007);

90. *Grynberg v. Questar Pipeline Company*, No. 1:99md1604 (D. Wyo. terminated June 8, 2007);

91. *Grynberg v. Coastal States Gas*, No. 1:99md1605 (D. Wyo. terminated May 14, 2007);

92. *Grynberg v. Koch Gateway P/L Company*, No. 1:99md1606 (D. Wyo. terminated July 30, 2007);

93. *Grynberg v. Greeley Gas Company*, No. 1:99md1607 (D. Wyo. terminated May 10, 2007);

94. *Grynberg v. Enron Corporation*, No. 1:99md1608 (D. Wyo. terminated May 14, 2007);

95. *Grynberg v. El Paso Natural Gas*, No. 1:99md1609 (D. Wyo. terminated Mar. 17, 2007);

96. *Grynberg v. Panenergy Corporation*, No. 1:99md1610 (D. Wyo. terminated May 10, 2007);

97.   *Grynberg v. Peoples Natural Gas*, No. 1:99md1611 (D. Wyo. terminated May 10, 2007);

98.   *Grynberg v. PSC-Company*, No. 1:99md1612 (D. Wyo. terminated May 10, 2007);

99.   *Grynberg v. West Gas Resources*, No. 1:99md1613 (D. Wyo. terminated May 10, 2007);

100.   *Grynberg v. Williams Natural Gas*, No. 1:99md1614 (D. Wyo. terminated May 17, 2007);

101.   *Grynberg v. Mesa Operating Company*, No. 1:99md1615 (D. Wyo. terminated May 11, 2007);

102.   *Grynberg v. Gary-Williams Energy*, No. 1:99md1616 (D. Wyo. terminated May 10, 2007);

103.   *Grynberg v. Utah Gas Service Company*, No. 1:99md1617 (D. Wyo. terminated May 10, 2007);

104.   *Grynberg v. Mobil Natural Gas*, No. 1:99md1618 (D. Wyo. terminated Nov. 6, 2007);

105.   *Grynberg v. Vessels Energy Inc.*, No. 1:99md1619 (D. Wyo. terminated May 10, 2007);

106.   *Grynberg v. Exxon Pipeline Company*, No. 1:99md1621 (D. Wyo. terminated Nov. 6, 2007);

107.   *Grynberg v. Valero Energy Corporation*, No. 1:99md1622 (D. Wyo. terminated May 10, 2007);

108.   *Grynberg v. Oneok Inc.*, No. 1:99md1637 (D. Wyo. terminated May 10, 2007);

109.   *Grynberg v. Cont Nat Gas Inc.*, No. 1:99md1638 (D. Wyo. terminated May 10, 2007);

110.   *Grynberg v. Lg&e Natural MKTG*, No. 1:99md1639 (D. Wyo. terminated May 10, 2007);

111.   *Grynberg v. PSC-Okla*, No. 1:99md1640 (D. Wyo. terminated May 10, 2007);

112.   *Grynberg v. Enogex Inc.*, No. 1:99md1641 (D. Wyo. terminated May 10, 2007);

113.   *Grynberg v. Caddo Gas Gathering*, No. 1:99md1642 (D. Wyo. terminated May 10, 2007);

114.   *Grynberg v. Woodward Pipeline*, No. 1:99md1643 (D. Wyo. terminated May 10, 2007);

115.   *Grynberg v. Noram USA Inc.*, No. 1:99md1644 (D. Wyo. terminated May 10, 2007);

116.   *Grynberg, et al. v. Delhi Gas Pipeline*, No. 1:99md1645 (D. Wyo. terminated May 10, 2007);

117.  *Grynberg v. Kerr-McGee Corporation*, No. 1:99md1646 (D. Wyo. terminated May 12, 2007);

118.  *Grynberg v. Anson Gas Corporation*, No. 1:99md1647 (D. Wyo. terminated May 11, 2007);

119.  *Grynberg v. Burlington Oil*, No. 1:99md1656 (D. Wyo. terminated May 11, 2007);

120.  *In Re Natural Gas*, No. 1:99md1293 (D. Wyo. May 18, 2010);

121.  *Grynberg, et al. v. Amerigas, Inc.*, No. 1:98cv2495 (D. Colo. terminated Oct. 4, 2002);

122.  *Grynberg v. Transtexas Gas Corporation*, No. 1:98cv222 (D. Colo. terminated Jan. 6, 2000);

123.  *Grynberg v. Praxair, Inc.*, No. 1:98cv16 (D. Colo. terminated May 1, 2009);

124.  *Grynberg v. BOC Group*, Inc., No. 1:97cv2422 (D. Colo. terminated May 31, 2006);

125.  *USA v. Mesa Pipeline*, No. 2:97cv2358 (E.D. La. terminated Jan. 6, 2000);

126.  *USA v. Bridgeline Gas Distr.,* No. 2:97cv1930 (D. Colo. terminated Jan. 6, 2000);

127.  *Grynberg, et al. v. Questar Pipeline Company, et al.*, No. 2:97cv47 (D. Wyo. terminated Dec. 26, 2006);

128.  *Grynberg, et al. v. Alaska Pipeline, et al.*, No. 1:95cv725 (D.D.C. terminated Dec. 12, 2003);

129.  *L&R Exploration Vent, et al. v. Questar Corporation, et al.*, No. 1:94cv611 (D. Colo. terminated Jan. 6, 2000);

130.  *Grynberg v. Allied Products Corporation*, No. 1:93cv1471 (D. Colo. terminated Jan. 6, 2000);

131.  *Grynberg v. KN Energy Inc.*, No. 1:92cv2000 (D. Colo. terminated Jan. 6, 2000);

132.  *Grynberg v. Citation Oil & Gas*, No. 5:91cv5106 (D. Colo. terminated Jan. 6, 2000);

133.  *In re Grynberg*, No. 1:91cv1025 (D. Colo. terminated Jan. 6, 2000);

134.  *In re Grynberg*, No. 1:90cv1571 (D. Colo. terminated Jan. 6, 2000);

135.  *In re Grynberg*, No. 1:90cv965 (D. Colo. terminated Jan. 6, 2000);

136.  *Questar Pipeline v. BBL Associates*, No. 1:90cv750 (D. Colo. terminated Jan. 6, 2000);

137.  *Grynberg, et al. v. JE Gallegos*, No. 1:89cv242 (D. Colo. terminated Jan. 6, 2000);

138.    *Grynberg v. Hodel, et al.*, No. 5:87cv2216 (W.D. La. Terminated Jan. 6, 2000);

139.    *Grynberg v. Interior*, No. 5:87cv1382, (W.D. La. terminated Jan. 6, 2000);

140.    *Grynberg, et al. v. Klein*, *et al.*, No. 1:84cv1593 (D. Colo. terminated Jan. 6, 2000).