# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| RSM PRODUCTION CORPORATION,  ) | |
| ) | |
| Plaintiff,  ) | Civil Action No. 1:10-cv-00457 (EGS) |
| ) | |
| v.  ) | |
| ) | |
| FRESHFIELDS BRUCKHAUS DERINGER U.S.  ) | |
| LLP, JAN PAULSSON, and BRIAN KING,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

_____

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Before this Court is Defendants Freshfields Bruckhaus Deringer, U.S. LLP, Jan Paulsson, and Brian King's Motion to Dismiss for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.  For the reasons set forth in Defendants' memorandum of points and authorities submitted along with their Motion, and the entire record herein, it is hereby ORDERED that Defendants' Motion is GRANTED.  It is FURTHER ORDERED that Plaintiff's Complaint in the above-captioned matter is hereby DISMISSED with prejudice.

**IT IS SO ORDERED** this ____ day of _____, 2010

_____
Honorable Emmet G. Sullivan,
United States District Judge

**APPENDIX PURSUANT TO LOCAL RULE 7(K)**

    The following attorneys are entitled to be notified of the entry of the attached [Proposed] Order.

Kelly M. P. Hebron
PRIDE LAW OFFICE
1400 Mercantile Lane, Ste. 208
Largo, MD  20774
(301) 583-4633 (telephone)
(301) 306-7538 (facsimile)
kpride@pridelaw.com

Daniel L. Abrams
LAW OFFICE OF DANIEL L. ABRAMS PLLC
Two Penn Plaza, Suite 1910
New York, NY  10121
(212) 292-5663 (telephone)
(646) 536-8905 (facsimile)
dan@lawyerquality.com

*Counsel for Plaintiff RSM Production Corp.*

David W. Ogden
Andrew Weissman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, D.C.  20001
(202) 663-6000 (telephone)
(202) 663-6363 (facsimile)
david.ogden@wilmerhale.com

*Counsel for Defendants Freshfields Bruckhaus Deringer U.S. LLP, Jan Paulsson, and Brian King*