UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RSM PRODUCTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRESHFIELDS BRUCKHAUS DERINGER U.S. LLP, JAN PAULSSON, and BRIAN KING, <br><br> Defendants. | Civil Action No. 1:10-cv-00457 (EGS) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Freshfields Bruckhaus Deringer U.S. LLP, Jan Paulsson, and Brian King (Defendants) wish to inform the Court of a recent decision of the United States Court of Appeals for the District of Columbia Circuit, which bears on a point made in the Defendants' Memorandum of Points and Authorities In Support of Defendants' Motion To Dismiss the Complaint, filed on June 1, 2010.

In a footnote in their Memorandum, the Defendants noted that: "The D.C. Circuit has not yet decided whether a person must agree to participate in the operation or management of a RICO enterprise to enter into a conspiracy to violate section 1962(c)" in violation of 18 U.S.C. § 1962(d).  Def. Mem. at 28 n.33.  They further observed: "If there is such a requirement, the claim against Freshfields fails as a matter of law because it is crystal clear that the provision of services to a client by a lawyer or other professional does not satisfy that requirement." *Id*.

Recently, the D.C. Circuit resolved this open question, and determined that "an individual defendant need not himself participate in the operation or management of an enterprise in order to be liable for conspiracy under [18 U.S.C.] § 1962(d)." *United States v. Wilson*, -- F.3d --,

Nos. 06-3128, 06-3131, 06-3133, 06-3136, 06-3140, 2010 WL 2036304, at *22 (D.C. Circuit May 25, 2010).  Defendants acknowledge that in light of *Wilson*, the potential ground for dismissal noted in footnote 33 of their Memorandum is now foreclosed.

*Wilson* does not otherwise impact the arguments made in Defendants' Memorandum. For the other reasons stated there, the Plaintiff's claim should still be dismissed with prejudice, *inter alia*, for failure adequately to allege a violation 18 U.S.C. § 1962(d).

Dated:          June 16, 2010                                   Respectfully submitted,

/s/  David W. Ogden

David W. Ogden, D.C. Bar No. 375951
Andrew Weissman, D.C. Bar No. 245720
Danielle Conley, D.C. Bar No. 503345
Joshua M. Salzman, D.C. Bar No. 982239
WILMER CUTLER PICKERING
       HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000 (telephone)
(202) 663-6363 (facsimile)
david.ogden@wilmerhale.com

*Counsel for Freshfields Bruckhaus Deringer U.S. LLP, Brian King, and Jan Paulsson*