A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  )  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                 (Attorney's Name)

case for:_____
                    (Name of party or parties)

_____           /s/ Joshua M. Salzman
Date                                  Signature

                                    _____
_____      Print Name
BAR IDENTIFICATION
                                    _____
                                    Address

                                    _____
                                    City       State       Zip Code

                                    _____
                                    Phone Number