A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                     |   |                |
|---------------------|---|----------------|
|                     | ) |                |
| Plaintiff(s)        | ) | **APPEARANCE** |
|                     | ) |                |
|                     | ) |                |
| vs.                 | ) | CASE NUMBER    |
|                     | ) |                |
|                     | ) |                |
| Defendant(s)        | ) |                |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                         (Attorney's Name)

case for:_____
                             (Name of party or parties)

| | |
|---|---|
| _____ | /s/ Danielle Conley |
| Date | Signature |
| | _____ |
| _____ | Print Name |
| BAR IDENTIFICATION | _____ |
| | Address |
| | _____ |
| | City     State     Zip Code |
| | _____ |
| | Phone Number |