IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 10 Civ. 457 (EGS)

RSM PRODUCTION CORPORATION,

Plaintiff,

v.

FRESHFIELDS BRUCKHAUS DERINGER
US LLP, JAN PAULSSON and BRIAN KING

Defendants.

### DECLARATION OF DANIEL L. ABRAMS

I, DANIEL L. ABRAMS, hereby affirm under penalty of perjury.

1. I am a member in good standing of the bar of the State of New York and am the principal of the Law Office of Daniel L. Abrams, PLLC. I have been admitted to represent the Plaintiff *pro hac vice* pursuant to Local Rule 83.2(d). I also represent RSM in connection with its appeal in RSM v. Fridman, 09-1202-cv which is presently pending in the Second Circuit.

2. Attached hereto as Exhibit A is a compendium of articles concerning various allegations of corruption and the Government of Grenada under the Government of Former Prime Minister Keith Mitchell.

3. Attached hereto as Exhibit B are publicly available articles about Lev Model. The last article in the Exhibit does not mention Mr.

Model, but concerns Mr. Model's former import-export business.

4.      Attached hereto as Exhibit C is the Affidavit of Robert C. Pelo, plus attachment.

5.      Attached hereto as Exhibit D is a page from the Freshfields' Website, downloaded on June 3, 2010.

6.      Attached hereto as Exhibit E is a "fact sheet" on Grenada which can be accessed at the United States Secretary of State Website, downloaded on July 5, 2010.

7.      Attached hereto as Exhibit F is an article published in June of 2004 concerning, *inter alia*, Viktor Kozeny, Eric Resteiner, and their relationship with the (now former) Government of Grenada.

8.      Attached hereto as Exhibit G are articles published in April 2010 concerning developments in Grenada's review of potential offshore licensing.

9.      Attached hereto as Exhibit H is a not-yet-published article which, according to Freshfields' motion papers, will appear in a forthcoming edition of the Minnesota Law Review.

10.     Attached hereto as Exhibit I is the Second Circuit's June 2, 2010 Order in the <u>RSM v. Fridman</u> case and my June 16 Letter on behalf of RSM which was submitted to the Second Circuit pursuant to that Order.

Dated: New York, New York
July 6, 2010

_____
Daniel L. Abrams