**GRENADA-POLITICS:  YOUNG GOVT. FIGHTING ALLEGATIONS OF CORRUPTION**

By Michael Bascombe
935 words
4 September 1996
Inter Press Service
IPRS
English
Copyright 1996 Global Information Network

ST. GEORGE'S, Sep. 4 (IPS) -- The New National Party of Grenada which was swept to office in national elections 14 months ago is fighting to stay in power amid allegations of corruption.

Observers say the accusations which began surfacing several months ago are particularly embarrassing for Prime Minister and party leader Keith Mitchell, who based much of his political campaign on the integrity of his colleagues.

But now less than half way into his five-year term in office there are rumbles of discontent with the performance of several cabinet ministers and their is talk of a shifting of portfolios.

The Ministries of Agriculture, Education and Tourism are the ones at the top of the list slated for a shake-up as public scrutiny of the performance of these ministers becomes more intense.

Minister of Agriculture Joslyn Whiteman is right now under attack from farmers who are venting their anger at his inefficient handling of the sector.

"Agriculture is on the 'downbeat' and more so because of falling prices of traditional crops. Coupled with low productivity our framers are not breaking even and things are getting worse.

"We have lost our export trade in the region because of the mealy bug infestation," says 43-year-old farmer Orgias Campbell.

Grenada in November 1994 reported the first instance of the pink mealy bug in the western hemisphere. The bug is often seen as clusters of small, soft-bodied insects in white powdery, fluffy masses on the shoots and stems of plants. Last year it caused extensive damage to the country's agricultural produce.

Some 80 hectares of cocoa were affected. Cocoa is a major foreign exchange earner for Grenada.

Whiteman has also been accused of contributing large sums of money to the NNP in the 1995 election campaign which guaranteed him a place in the government despite his losing the seat which he contested in the St. David constituency in the south eastern section of the island. At the time of the elections Whiteman worked as an insurance executive.

Fingers were also pointed at Whiteman when information indicating that the European Union (EU) had reneged on a deal to provide funds for infrastructural development was leaked to the press.

This incident led to the opposition Natioal Democratic Cogress (NDC) calling for a "no confidence" vote in the minister and the government.

"The inefficiency of the minister has embarrassed the people of Grenada and we demand that an apology be made to the European delegation," says Kenny Lalsingh, deputy leader of the NDC.

The deal with the EU was allegedly negotiated when the NDC formed the government. The NDC maintains the information to the press was inaccurate.

But Mitchell has warned that amid all this furore he is still in control of his government and he will not be forced into making any hasty decisions.

"Let me make it clear that I have not indicated to anyone that I will be sacking anyone. What is clear is that after a year and a half in government we've looked at government operations and recognised that people skills can be utilized more appropriately by some changes. I am not being forced by anyone but just waiting on the right time to do so," says Mitchell.

The Ministries of Education and Tourism have not escaped the ire of the Grenadian people.

Education Minister Laurina Waldron has been accused of using her office to secure government scholarships for known supporters of the ruling party.

Mitchell has also come under fire for the appointment of Grace Duncan as tourism minister. Observers say Duncan is not qualified for the job as she has no experience in the area coming to the ministry from her job as a typist. She is also accused of using government funds for personal use.

The recent appointment of Daniel Williams as the new governor general to succeed Reginald Palmer who retired, has also angered the opposition.

Williams is seen as an active member of the NNP. He campaigned in the 1990 and 1995 elections on the NNP ticket and was accused of "maligning, attacking and scandalising" the names of certain elected members of parliament.

"A creeping repression is returning to Grenada and I'm afraid that (it was) this kind of thing that caused the revolution and much heartache here," says Michael Andrew, a former finance minister.

Andrew was referring to the 1979 coup which saw the Peoples' Revolutionary Government (PRG) under the leadership of Maurice Bishop coming to power and ending the 12-year domination of the country's politics by then Prime Minister Eric Gairy. The revolution ended in 1983 with the invasion of U.S.-led forces aimed at wiping out the threat of communism to the region.

So adamant was the opposition against the appointment of Williams that leader George Brizan led a walk out of his colleagues from a joint sitting of parliament when the announcement was made.

The government is further coming under attack for its handling of the economy. The eastern Caribbean island, known globally for its nutmeg trade ended a self-inflicted structural adjustment program which saw drastic reduction in state spending last year.

The program began in 1991 under the Nicholas Brathwaite government which had inherited a shaky economy from the Ben Jones administration.

Analysts say Grenadians voted in general elections last year with the hope that a fresh face would ease the pain othe four years of structural adjustment and spur the country on to renewed growth, but their hopes are yet to be realized.

Document iprs000020011014ds940033m

Dow Jones Newswires

**Grenada/Parliament -2: Charges Of Govt Corruption**

272 words
1 December 1998
20:41
Dow Jones International News
DJI
English
 (Copyright (c) 1998, Dow Jones & Company, Inc.)

 As for Fletcher's resignation, Mitchell said he heard about it on national radio. Hours later, respected radio commentator Stanley Charles, on a talk show, said that the government had ordered Fletcher killed. The former minister is under police protection.

 Fletcher and at least three government ministers have alleged that there is government corruption. Their charges are bolstered by an independent study that reported the tendering process was manipulated, workers were overpaid and party supporters were favored in hiring.

 While Mitchell mentioned no election date, business sources close to the prime minister, who spoke on condition of anonymity, said elections could be held within three weeks.

 Fletcher's resignation, combined with the simultaneous defection of a legislator to an opposition party, left Mitchell with control of only seven of the 15 seats in Parliament.

 "My intention was to call a general election one year from now," Mitchell said. But ,"I have decided that it is in the best interest that the Parliament of Grenada should be dissolved."

 He said the political climate had caused uncertainty among foreign investors, Grenadians and tourists.

 "I understand the concerns and I agree that it is important not to allow those feelings of uncertainty to continue for too long," Mitchell said.

 He accused "some disgruntled political elements" of trying to destabilize the government and disrupt Grenada's development.

 Mitchell defended his government's 3 1/2 years in office, citing increased government projects, a construction boom, the erection of a multimillion dollar national stadium with aid from Cuba and a ministerial complex.

 (END) Dow Jones Newswires 02-12-98

 0441GMT

Document dji0000020010917duc201r7s



**Grenada election focuses on development, corruption charges**

By RICHARD SIMON
Associated Press Writer
624 words
17 January 1999
11:05
Associated Press Newswires
APRS
English
(c) 1999.  The Associated Press.  All Rights Reserved.

 ST. GEORGE'S, Grenada (AP) - Prime Minister Keith Mitchell is promising continued economic growth. His opponents in Monday's election say his energetic efforts have embroiled this island nation in corruption.

 Analysts are predicting a close election.

 Mitchell remains popular, having carved a higher international profile for an island nation that seemed forgotten after the 1983 U.S. invasion to oust a Cuban presence encouraged by a leftist government.

 But a potent challenge materialized from an unlikely corner - the daughter of former prime minister Sir Eric Gairy, who resigned as her country's high commissioner in London to campaign for her father's splintered Grenada United Labor Party.

 While Gairy has energized her party's campaign, its candidate is Mitchell's former Foreign Minister, Raphael Fletcher. Fletcher's defection to the opposition, along with Mitchell's agriculture minister, cost the prime minister his majority in Parliament and forced early elections.

 Grenada, a cluster of three islands and 92,000 people in the southern Caribbean, has long struggled to broaden an agricultural economy based on bananas, cocoa, mace and nutmeg.

 With the end of the Cold War - which had kept the United States concerned about Cuba's influence in the area - Grenada's importance has dwindled, and with it foreign aid.

 Mitchell's attempts to woo foreign investments have brought a construction boom, five percent annual growth and a similar annual increase in tourists. Since his 1995 election, his tax breaks have lured Internet gambling companies and an electronics factory here.

 Mitchell has also made new trade and development deals with Cuba's Fidel Castro, whose links to Grenada in the early 1980s led to the invasion in 1983.

 Now he promises that even "more resources will be directed to focus on job creation."

 However, his programs have spurred charges of corruption.

 One of Mitchell's main opponents, Joan Purcell of the New Democratic Party, claims that in a rush toward development, Mitchell's New National Party has rubbed shoulders with shady European investors, cut legal corners in construction projects and arranged kickbacks.

 "The political system is corrupt and inefficient and fails to address the needs, hopes and aspirations of our people," she said this week.

 Purcell and others are also attacking Mitchell's plan for a significant increase in property taxes. She demands more attention for farmers and the beleaguered fruit industry.

 The Grenada United Labor Party's champion is Marcelle Gairy, who has invoked her father's name in a campaign promising more social spending. "We will bring to you a government that cares for the poor and disadvantaged, cares for the elderly and the children," she said last week.

 The elder Gairy was the island's most influential politician for decades but was overthrown by a left-wing

 2010 Factiva, Inc.  All rights reserved.

coup in 1979 while he was in New York to address the United Nations. He returned to Grenada after the United States invaded in 1983 to oust a more extreme faction that had gained control of the country.

 Ms. Gairy has produced copies of promissory notes showing Mitchell's government borrowed dlrs 10 million from European investors without Parliament's approval.

 Mitchell denied borrowing the money two months ago. He has refused to comment on the promissory notes during the campaign.

 Opposition parties also question construction of a national stadium and a new ministerial complex while the country struggles to pay off a dlrs 185 million (Eastern Caribbean dlrs 500 million debt).

 Many voters seem above the fray.

 "Everybody has a different approach to the same thing ... how to keep Grenada on good footing," said bus operator Laurence Murray, who added he was "not impressed" with the candidates.

Rush

 AP Photos

Document aprs000020010830dv1h0299h



**Grenada election focuses on development, corruption charges**

By RICHARD SIMON
Associated Press Writer
528 words
17 January 1999
12:22
Associated Press Newswires
APRS
English
(c) 1999.  The Associated Press.  All Rights Reserved.

ST. GEORGE'S, Grenada (AP) - Grenada's prime minister is promising continued economic growth. His opponents in Monday's election say his energetic efforts have embroiled this island nation in corruption.

Analysts are predicting a close election.

Prime Minister Keith Mitchell remains popular, having carved a higher international profile for the Caribbean island nation that seemed forgotten after the 1983 U.S. invasion to oust a Cuban presence encouraged by a leftist government.

Running against him is Raphael Fletcher, Mitchell's former Foreign Minister, whose defection cost the prime minister his majority in Parliament and forced early elections.

Campaigning heavily on his behalf is the daughter of former prime minister Sir Eric Gairy, of the splintered Grenada United Labor Party. Marcelle Gairy has energized her party's campaign.

Grenada, a cluster of three islands and 92,000 people in the southern Caribbean, has long struggled to broaden an agricultural economy based on bananas, cocoa, mace and nutmeg.

With the end of the Cold War - which focused U.S. interest on countering Cuba's influence in the Caribbean - Grenada's importance has dwindled - and with it foreign aid.

Mitchell's attempts to woo foreign investments have brought a construction boom, five percent annual growth and a similar annual increase in tourism. Since his 1995 election, his tax breaks have lured Internet gambling companies and an electronics factory here.

Mitchell has also made new trade and development deals with Cuba's Fidel Castro, whose links to Grenada in the early 1980s led to the invasion in 1983.

However, his programs have spurred charges of corruption.

One of Mitchell's main opponents, Joan Purcell of the New Democratic Party, claims that in a rush toward development, Mitchell's New National Party has rubbed shoulders with shady European investors, cut legal corners in construction projects and arranged kickbacks.

"The political system is corrupt and inefficient and fails to address the needs, hopes and aspirations of our people," she said this week.

Purcell and others are also attacking Mitchell's plan for a significant increase in property taxes. She demands more attention for farmers and the beleaguered fruit industry.

The Grenada United Labor Party's champion is Marcelle Gairy. "We will bring to you a government that cares for the poor and disadvantaged, cares for the elderly and the children," she said last week.

The elder Gairy was the island's most influential politician for decades but was overthrown by a left-wing coup in 1979. He returned to Grenada after the United States invaded in 1983 to oust a faction that had gained control of the country.

Ms. Gairy has produced copies of promissory notes showing Mitchell's government borrowed dlrs 10 million

Page 29 of 90    2010 Factiva, Inc.  All rights reserved.

from European investors without Parliament's approval.

 Mitchell denied borrowing the money two months ago. He has refused to comment on the promissory notes during the campaign.

 Many voters seem above the fray.

 "Everybody has a different approach to the same thing ... how to keep Grenada on good footing," said bus operator Laurence Murray, who added he was "not impressed" with the candidates.

Rush

 AP Photos

Document aprs000020010830dv1h026b3

FOREIGN
**CORRUPTION AMONG ISSUES IN TODAY'S GRENADA ELECTION**

RICHARD SIMON  The Associated Press
551 words
18 January 1999
Sun-Sentinel Ft. Lauderdale
FLSS
Broward Metro
8A
English
Copyright (c) 1999 Bell & Howell Information and Learning Company. All rights reserved.

Prime Minister Keith Mitchell is promising continued economic growth. His opponents in today's election say his energetic efforts have embroiled this island nation in corruption.

Analysts are predicting a close election.

Mitchell remains popular, having carved a higher international profile for an island nation that seemed forgotten after the 1983 U.S. invasion to oust a Cuban presence encouraged by a leftist government.

But a potent challenge materialized from an unlikely corner -- the daughter of former prime minister Sir Eric Gairy, who resigned as her country's high commissioner in London to campaign for her father's splintered Grenada United Labor Party.

While Gairy has energized her party's campaign, its candidate is Mitchell's former Foreign Minister, Raphael Fletcher. Fletcher's defection to the opposition, along with Mitchell's agriculture minister, cost the prime minister his majority in Parliament and forced early elections.

Grenada, a cluster of three islands and 92,000 people in the southern Caribbean, has long struggled to broaden an agricultural economy based on bananas, cocoa, mace and nutmeg.

With the end of the Cold War -- which had kept the United States concerned about Cuba's influence in the area -- Grenada's importance has dwindled, and with it foreign aid.

Mitchell's attempts to woo foreign investments have brought a construction boom, 5 percent annual growth and a similar annual increase in tourists. Since his 1995 election, his tax breaks have lured Internet gambling companies and an electronics factory to the country. Mitchell has also made new trade and development deals with Cuba.

Now he promises that even "more resources will be directed to focus on job creation."

However, his programs have spurred charges of corruption.

One of Mitchell's main opponents, Joan Purcell of the New Democratic Party, claims that in a rush toward development, Mitchell's New National Party has rubbed shoulders with shady European investors, cut corners in construction projects and arranged kickbacks.

"The political system is corrupt and inefficient and fails to address the needs, hopes and aspirations of our people," she said this week.

Purcell and others are also attacking Mitchell's plan for a significant increase in property taxes. She demands more attention for farmers and the beleaguered fruit industry.

The Grenada United Labor Party's champion is Gairy, who has invoked her father's name in a campaign promising more social spending. "We will bring to you a government that cares for the poor and disadvantaged, cares for the elderly and the children," she said last week.

The elder Gairy was the island's most influential politician for decades but was overthrown by a left-wing coup in 1979 while he was in New York to address the United Nations. He returned to Grenada after the United States invaded in 1983 to oust a more extreme faction that had gained control of the country.

Opposition parties also question construction of a national stadium and a new ministerial complex while the country struggles to pay off a $185 million debt.

Many voters seem above the fray.

"Everybody has a different approach to the same thing ... how to keep Grenada on good footing," said bus operator Laurence Murray, who added he was "not impressed" with the candidates.

Document flss000020010827dv1i00348



A
**GRENADA'S PREMIER PROMISES TO CLEAN UP CORRUPTION IMAGE**

Associated Press
35 words
20 January 1999
The Miami Herald
MHLD
00006
English
(c) Copyright 1999, The Miami Herald. All Rights Reserved.

 Grenada Prime Min Keith Mitchell, after his New National Party wins all 15 parliamentary seats, pledges to clean up his image; photo

 Photograph

Document mhld000020010828dv1k0027d

Dow Jones Newswires

**Two Arrested In Fraud Charges Linked To Grenada Bank**

458 words
11 September 2000
11:21
Dow Jones International News
DJI
English
 (Copyright (c) 2000, Dow Jones & Company, Inc.)

 ST. GEORGE'S, Grenada (AP)--A government investigation into the bizarre finances of the First International Bank of Grenada has led to the arrest of two Canadian bank officials and uncovered the transfer of millions of dollars to bank officers and vast sums in phantom deposits.

 David Springer was arrested Friday on allegations of breach of trust and attempting to defraud, while Peter Bean faces aiding and abetting charges, police told The Associated Press on Monday. Their positions in the bank weren't revealed, and no further details of where they were from or the charges were available.

 Critics of the bank that was licensed in Grenada in October 1998 have long suspected pyramid schemes and money-laundering, and see it as a symbol of the dangers of poorly regulated offshore banking.

 The arrests came a month after the government took over First International as it ran short of money. The bank had previously reported assets of $62 billion, but by the time the government launched a full-scale investigation it couldn't even pay its staff. For more than a year, the government had ignored charges that the bank was involved in some kind of scheme, claiming it received no complaints from depositors promised interest of 250% and more.

 A letter from independent auditor Garvey Louison to the bank's board of directors dated Aug. 31 detailed some irregularities.

 "It has come to my attention that millions of dollars have been transferred to Mr. Downes, Mr. Skiving and Mr. Van A. Brink," including transfers to the east African nation of Uganda, Louison wrote of former bank owners who sold their shares months ago.

 Brink used to live in Oregon as Gilbert Allen Ziegler until he declared bankruptcy in 1994, bought a Grenada passport, changed his name and opened the bank. He has moved to Uganda, where he bought a mansion that once belonged to dictator Idi Amin.

 Louison also said bank officials had issued certificates of deposit for millions of dollars that never appear to have been deposited.

 Meanwhile, an unknown entity calling itself the Group of 77 World Trade and Development Bank has offered to buy First International from its government trustees for $14 million, saying the bank must be rescued to avert an international scandal. But speculation on the island has grown that Brink himself is behind the plan.

 Meanwhile, Grenada's opposition leader Michael Baptiste on Sunday called on Prime Minister Keith Mitchell to have the FBI and Britain's Scotland Yard investigate.

 "If the Mitchell administration wants Grenadians to believe it is serious about retrieving the money belonging to depositors of the bank then it will move speedily and seek international assistance," he said.

 Document dji0000020010805dw9b04g7a



**Grenada deploys paramilitary troops after 14 prison guards are let go for alleged corruption and drugs**

By ZARAH DRAGON
Associated Press Writer
303 words
26 February 2002
10:45
Associated Press Newswires
APRS
English

Copyright 2002.  The Associated Press.  All Rights Reserved.

ST. GEORGE'S, Grenada (AP) - Grenada has stationed paramilitary troops at its national prison after 14 prison guards were let go for alleged corruption and drug peddling, the prison commissioner said Tuesday.

Commissioner Roy Raymond said the officers were given early retirement last week after authorities found evidence they had been smuggling drugs into the prison. No one was arrested or charged, he said.

Prime Minister Keith Mitchell told Parliament Monday the troops had "taken up these positions until suitable persons can be found."

Mitchell denied rumors that the deployment was to secure the prison after a court on Feb. 14 ordered the release of three prisoners serving time for the murder of former Prime Minister Maurice Bishop and others.

Days later, however, the court ordered a stay in their release pending resolution of a dispute over the constitutionality of their sentences. The men are still awaiting another hearing. No date has been set.

The three men were soldiers taking part in the 1983 coup attempt that prompted the U.S. invasion of Grenada.

The men were convicted in 1996 for taking part in a firing squad that, according to witnesses, lined up eight victims, including Bishop, along a wall and sprayed them with machine gun fire on Oct. 19, 1983.

Two of the men were sentenced to three consecutive 15-year sentences, and one was sentenced to two consecutive 15-year sentences.

Supreme Court Judge Brian Alleyne had ruled it was unconstitutional for a person to serve multiple consecutive sentences for the same crime.

But the ruling caused an outcry among locals who said the men should stay in prison for their part in Bishop's killing.

(zd-kd)

Rush

Document aprs000020020226dy2q00rh1



**Grenada opposition party insists corruption prevalent in national lottery.**

440 words
8 July 2003
07:58
BBC Monitoring Americas
BBCMAP
English
(c) 2003 The British Broadcasting Corporation [date of publication]. All Rights Reserved. No material may be reproduced except with the express permission of The British Broadcasting Corporation.

Text of report by Caribbean Media Corporation (CMC) news agency on 8 July

St George's, Grenada: The leader of the National Democratic Congress (NDC) Tillman Thomas insists there has been corruption in the national lottery authority even though an official investigation found no evidence.

Former Governor-General Sir Paul Scoon conducted the investigation.

But Thomas noted that even with the selected release by the government, the report made mention of the fact that "there was no widespread corruption".

"What this clearly says is that, by their own admission, there is corruption, only that it has not been widespread in their view," he said.

Thomas said he was curious that the government had chosen to release excerpts of the report and not the entire document so that it could be properly scrutinized by the public.

The NDC leader said he is demanding that the full document be made public.

Thomas said however that it was clear that the National Lottery Authority has been mired in a cesspool of corruption even just judging from the reported list of recommendations Sir Paul has made.

He also said that some key people who would have had information were not interviewed during the investigation.

"We have been reliably informed that some of the key people were not called-members of staff and former members of staff who have a lot to say. Now that is a big mistake," he said.

"If you want to get first hand information you have to call the persons who were involved. Some of the key people should have been called in helping to getting at the truth," Thomas said.

"I don't think the public is generally satisfied with what has gone on. The public would have liked to see a team of person with expertise in accounting and law sitting and helping Sir Paul in getting to the meat of the thing.

"That was not done, and it was a concern we had from day one," he said.

NDC's general-secretary Peter David said the government used the six-month delay between receiving the report and making aspects of it public to cover up the issue.

"We are not only saying that now, but we made the point even before the investigation started that we had wind of that fact. It is clear that the New National Party regime played a game of cover up, but most people are not falling for it. People are smart enough not to believe it," he added.

Source: Caribbean Media Corporation news agency, Bridgetown, in English 1438 gmt 8 Jul 03.

Document bbcmap0020030708dz780012x



**Grenada: Opposition leader says he will expose corruption in government**

398 words
24 September 2003
08:16
BBC Monitoring Americas
BBCMAP
English
(c) 2003 The British Broadcasting Corporation [date of publication]. All Rights Reserved. No material may be reproduced except with the express permission of The British Broadcasting Corporation.

Text of report by Caribbean Media Corporation (CMC) news agency on 23 September

Bridgetown, Barbados: Grenada's opposition leader, Michael Baptiste, has accused the Keith Mitchell administration of misappropriation of public funds and has vowed to use his court appearance on 19 November to expose the allegations.

Baptiste appeared in court here on Monday [22 September] to answer charges related to financial impropriety dating back to the period 1997 to 1999 when he served as agriculture minister.

Surrounded by cheering supporters outside the Grenville Magistrate's Court in North East, St Ann's, Baptiste, who maintained his innocence, told reporters afterwards that he was grateful for the government in "taking him to court", adding that his lawyers were ready to prove his allegation of corruption in the government.

"He (Keith Mitchell) is not worried about all the corruption in his government, he is worrying about a private company that had sent money to my account for travelling, a company, not taxpayers' money," the opposition leader said.

"Let them come here on the 19th (November), we are ready and waiting for them. The whole government is on trial, not Michael Baptiste," he added.

But acting Minister of Legal Affairs Lawrence Joseph said any statement made by Baptiste in or out of court did not worry the government.

Prime Minister Keith Mitchell declined to comment on Baptiste's allegations but expressed empathy for the opposition leader.

"The court is the federal law of the land, we have to accept that it is for everyone. But I am not gloating over Baptiste's problem. I think we have to let the court system take its course," Mitchell told CMC [this agency on] Tuesday.

During Monday's court hearing, defence lawyer Anslem Clouden again presented arguments for the removal of Hugh Wildman as special prosecutor.

Clouden had first made the call when Baptiste appeared in court on 3 September.

But acting Magistrate Karen Noel dismissed his request and ruled that Wildman should continue to act on behalf of Police Commissioner Fitzroy Bedeau.

But he upheld a defence's submission asking for the prosecution to present a full disclosure of its witnesses in the case against the opposition leader.

Baptiste is scheduled to return to court on 19 November.

Source: Caribbean Media Corporation news agency, Bridgetown, in English 2103 gmt 23 Sep 03

Document BBCMAP0020030924dz9o000gp

**Fraud scheme arrests.(Grenada)**

224 words
1 July 2004
Caribbean Update
CARU
NA
ISSN: 8756-324X; Volume 20; Issue 6
English
Copyright 2004 Gale Group Inc. All rights reserved.

FRAUD SCHEME ARRESTS. Two former Oregon residents have been arrested in Uganda and brought back to the U.S. to face charges in a multi-million dollar fraud scheme, reports The Oregonian (June 3, 2004). FBI agents from Portland, working with the U.S. State Department's Bureau of Diplomatic Security and Ugandan authorities, arrested Gilbert A. Ziegler (also known as Van A. Brink) and Douglas Ferguson in Kampala, Uganda May 28. They were deported and escorted by FBI agents back to the U.S. Earlier this year, a federal grand jury in Portland indicted the men and three others on charges they defrauded thousands of investors out of more than US$200 million. The indictment includes almost 150 counts including mail fraud, wire fraud, engaging in monetary transactions with criminally derived property and money laundering conspiracy. Three other people were arrested earlier in the case. They are Rita L. Regale, Robert Skirving and Laurent E. Barnabe.

 The five are accused of setting up and operating a series of "banks" and then persuading people to invest in these banks. The "banks" included Fidelity International Bank, the First International Bank of Grenada and other associated subsidiaries in Antigua and Nevis. They are accused of buying luxury homes in Oregon, Nevada, Grenada and a palace in Uganda.

COPYRIGHT 2004 Caribbean Update, Inc.

Document CARU000020040629e0710001m



**Grenada's church leaders call for inquiry into bribery allegations against prime minister**

By LOREN BROWN
Associated Press Writer
287 words
1 July 2004
13:11
Associated Press Newswires
APRS
English
(c) 2004.  The Associated Press.  All Rights Reserved.

ST. GEORGE'S, Grenada (AP) - Church leaders on Thursday joined the business community in calling for an inquiry into bribery allegations against the prime minister.

The Conference of Churches made the announcement a week after the island's chamber of commerce requested the government open an inquiry.

"To bring closure to this matter we suggest an inquiry be undertaken by Parliament," Conference of Churches chairman Canon C. Leopold said.

The government was considering the chamber of commerce request and was leaning toward approving the inquiry, a senior official said on condition of anonymity on Wednesday.

Government spokeswoman Nancy McGuire has said there would be an announcement on the matter in Parliament on Friday. She declined to give further details.

Last week, Nigel John, president of the Grenada Chamber of Industry and Commerce, wrote to Mitchell proposing that "a panel of independent investigators be appointed" to look into the accusations.

Mitchell has vehemently denied allegations reported by the Miami-based newsletter OffshoreAlert in April that he accepted a US$500,000 payoff from a German-born man in exchange for giving him a trade minister position.

Mitchell has filed a criminal libel lawsuit against OffshoreAlert and publisher David Marchant. Marchant has said he stands by the story.

The government says former trade counselor Eric E. Resteiner offered to cover travel expenses for Mitchell's delegation on a 2000 promotional and investment tour of Europe and Kuwait.

The man gave about US$15,000 for the trip without hope of personal benefit, the government says. The Caribbean country's government maintains such actions are common and proper.

(lb-fg)

7

Document APRS000020040701e07100lax

Dow Jones Newswires

**Probe Sought For Bribery Allegations Against Grenada PM**

275 words
1 July 2004
13:41
Dow Jones International News
DJI
English
(c) 2004 Dow Jones & Company, Inc.

ST. GEORGE'S, Grenada (AP)--Church leaders Thursday joined the business community in calling for an inquiry into bribery allegations against the prime minister.

The Conference of Churches made the announcement a week after the island's chamber of commerce requested the government open an inquiry.

"To bring closure to this matter we suggest an inquiry be undertaken by Parliament," Conference of Churches chairman Canon C. Leopold said.

The government was considering the chamber of commerce request and was leaning toward approving the inquiry, a senior official said on condition of anonymity Wednesday.

Government spokeswoman Nancy McGuire has said there would be an announcement on the matter in Parliament Friday. She declined to give further details.

Last week, Nigel John, president of the Grenada Chamber of Industry and Commerce, wrote to Prime Minister Keith Mitchell proposing that "a panel of independent investigators be appointed" to look into the accusations.

Mitchell has vehemently denied allegations reported by the Miami-based newsletter OffshoreAlert in April that he accepted a $500,000 payoff from a German-born man in exchange for giving him a trade minister position.

Mitchell has filed a criminal libel lawsuit against OffshoreAlert and publisher David Marchant. Marchant has said he stands by the story.

The government says former trade counselor Eric E. Resteiner offered to cover travel expenses for Mitchell's delegation on a 2000 promotional and investment tour of Europe and Kuwait.

The man gave about $15,000 for the trip without hope of personal benefit, the government says. The Caribbean country's government maintains such actions are common and proper. [ 01-07-04 2041GMT ]

Document DJI0000020040701e0710016f

Dow Jones Newswires

**Grenada Opens Inquiry Into Bribery Allegations Against PM**

177 words
2 July 2004
09:38
Dow Jones International News
DJI
English
(c) 2004 Dow Jones & Company, Inc.

ST. GEORGE'S, Grenada (AP)--Grenada's prime minister announced Friday the government will open an independent investigation into bribery allegations that he vehemently denies.

A commission of inquiry will be formed by the Caribbean island's governor general to look into the allegations, Prime Minister Keith Mitchell announced in Parliament.

"I am particularly pleased to announce this," Mitchell said, "because after all the allegations and dirty work done by some persons in this country, I will live to see that this prime minister will be vindicated."

The government says former trade counselor Eric E. Resteiner offered to cover travel expenses for Mitchell's delegation on a 2000 promotional and investment tour of Europe and Kuwait.

The government says the man gave about $15,000 for the trip without hope of personal benefit. The Caribbean country's government maintains such actions are common and proper.

It wasn't immediately clear who would sit on the commission of inquiry or how soon it would begin work. [ 02-07-04 1638GMT ]

Document DJI0000020040702e072000o3

 **Associated Press**

**Grenada announces inquiry into allegations prime minister accepted bribe; leader says he is innocent**

By LOREN BROWN
Associated Press Writer
485 words
2 July 2004
09:50
Associated Press Newswires
APRS
English
(c) 2004. The Associated Press. All Rights Reserved.

ST. GEORGE'S, Grenada (AP) - Grenada's prime minister announced Friday the government will open an independent investigation into bribery allegations that he vehemently denies.

A commission of inquiry will be formed by the Caribbean island's governor general, Prime Minister Keith Mitchell told Parliament.

"I am particularly pleased to announce this," Mitchell said, "because after all the allegations and dirty work done by some persons in this country, I will live to see that this prime minister will be vindicated."

Mitchell has denied allegations reported by the Miami-based newsletter OffshoreAlert in April that he accepted a US$500,000 payoff from a German-born man in exchange for giving him a trade minister position.

Mitchell has filed a criminal libel lawsuit against OffshoreAlert and publisher David Marchant. Marchant has said he stands by the story.

The government says former trade ambassador Eric E. Resteiner offered to cover travel expenses for Mitchell's delegation on a 2000 promotional and investment tour of Europe and Kuwait.

The government says the man gave about US$15,000 for the trip without hope of personal benefit. It maintains such actions are common and proper.

It wasn't immediately clear who would sit on the commission of inquiry or how soon it would begin work. Business and church leaders had called for an investigation.

Mitchell said the governor general, Sir Daniel Williams, laid out plans for the inquiry in a statement. Mitchell said he had nothing to hide.

Mitchell said several lawsuits had been brought against people including House members "for making allegations which are unsubstantiated." It wasn't immediately clear which legislators faced those lawsuits.

While the commission begins works, he said, "the legal process will proceed."

The announcement came two days before a Caribbean Community summit in Grenada. Mitchell assumes the rotating chairmanship of the 15-member regional bloc this month.

Earlier during the Parliament session, House Speaker Lawrence Joseph halted a question-and-answer period when Mitchell was bombarded with a barrage of queries from the opposition.

Mitchell said Resteiner was made ambassador-at-large in August 1999 and had held a Grenada diplomatic passport.

"That passport was withdrawn when information came to the government in early 2001 that Mr. Resteiner had a problem at that particular time," Mitchell said.

In February, Resteiner was arrested in Singapore for extradition to the United States. Federal prosecutors in Boston said he was indicted in March on charges of wire fraud, mail fraud and money laundering.

The indictment alleged Resteiner and four others created a bank trading scheme that preyed on members of the Boston-based Church of Christ, Scientist. They allegedly scammed church members and others out of more than US$30 million.

His case is being prosecuted in Massachusetts because many investors live there.

(imj)

5

Document APRS000020040702e07200equ

 **Associated Press**

**Grenada opposition says it doubts impartiality of investigation into bribery allegations**

By LOREN BROWN
Associated Press Writer
472 words
13 July 2004
13:30
Associated Press Newswires
APRS
English
(c) 2004.  The Associated Press.  All Rights Reserved.

ST. GEORGES'S, Grenada (AP) - Grenada's opposition said Tuesday the island's governor general could not be trusted to lead an impartial investigation into bribery allegations against the prime minister.

Prime Minister Keith Mitchell announced July 2 that a commission of inquiry would be formed by Governor General Sir Daniel Williams. Business and church leaders had demanded the investigation.

Nazim Burke, a lawmaker with the opposition National Democratic Congress party, said Williams had political ties to Mitchell and couldn't be trusted to be impartial in naming the commission.

Williams quit as chairman of Mitchell's New National Party in 1995 and was subsequently named governor general of the former British colony by Britain's Queen Elizabeth II.

"The whole thing has been tainted from the outset," Burke said. "There must be a perception of impartiality, independence, balance and fairness."

Mitchell denies allegations reported by the Miami-based newsletter OffshoreAlert in April that he accepted a US$500,000 payoff from a German-born man in exchange for giving him a trade minister position.

The prime minister has filed a criminal libel lawsuit against OffshoreAlert and publisher David Marchant. Marchant has said he stands by the story.

Burke said his party wouldn't accept the results of the current inquiry process and that the investigation should be conducted by Grenada's parliament, where Mitchell's party has a one-seat majority.

The government says former trade ambassador Eric E. Resteiner offered to cover travel expenses for Mitchell's delegation on a 2000 promotional and investment tour of Europe and Kuwait.

The government says Resteiner gave about US$15,000 for the trip without hope of personal benefit. It maintains such actions are common and proper.

Williams has not yet named the investigative panel's members.

The governor general is prohibited from publicly commenting on Grenadian politics, including the opposition's complaints about his impartiality.

Legal Affairs Minister Elvin Nimrod criticized the opposition for questioning William's integrity. He suggested opposition leaders were trying to stall the investigation because they lacked evidence against Mitchell.

"Those who claim that they have information to implicate the prime minister in wrongdoing should embrace that opportunity to go to the commission of inquiry and give that evidence," Nimrod said. "These people who are attacking the legitimacy of the commission of inquiry are certainly not interested in getting the facts."

Mitchell has said Resteiner was made ambassador-at-large in August 1999 and had held a Grenada diplomatic passport, which was withdrawn in 2001.

In February, Resteiner was arrested in Singapore for extradition to the United States. Federal prosecutors in Boston said he was indicted in March on charges of wire fraud, mail fraud and money laundering.

(ao-imj)

7

Document APRS000020040713e07d00kgb

Dow Jones Newswires

**Grenada Opposition Doubts Bribery Probe's Impartiality**

461 words
13 July 2004
13:41
Dow Jones International News
DJI
English
(c) 2004 Dow Jones & Company, Inc.

ST. GEORGE'S, Grenada (AP)--Grenada's opposition said Tuesday the island's governor general couldn't be trusted to lead an impartial investigation into bribery allegations against the prime minister.

Prime Minister Keith Mitchell announced July 2 that a commission of inquiry would be formed by Governor General Sir Daniel Williams. Business and church leaders had demanded the investigation.

Nazim Burke, a lawmaker with the opposition National Democratic Congress party, said Williams had political ties to Mitchell and couldn't be trusted to be impartial in naming the commission.

Williams quit as chairman of Mitchell's New National Party in 1995 and was subsequently named governor general of the former British colony by Britain's Queen Elizabeth II.

"The whole thing has been tainted from the outset," Burke said. "There must be a perception of impartiality, independence, balance and fairness."

Mitchell denies allegations reported by the Miami-based newsletter OffshoreAlert in April that he accepted a $500,000 payoff from a German-born man in exchange for giving him a trade minister position.

The prime minister has filed a criminal libel lawsuit against OffshoreAlert and publisher David Marchant. Marchant has said he stands by the story.

Burke said his party wouldn't accept the results of the current inquiry process and that the investigation should be conducted by Grenada's parliament, where Mitchell's party has a one-seat majority.

The government says former trade ambassador Eric E. Resteiner offered to cover travel expenses for Mitchell's delegation on a 2000 promotional and investment tour of Europe and Kuwait.

The government says Resteiner gave about $15,000 for the trip without hope of personal benefit. It maintains such actions are common and proper.

Williams hasn't yet named the investigative panel's members.

The governor general is prohibited from publicly commenting on Grenadian politics, including the opposition's complaints about his impartiality.

Legal Affairs Minister Elvin Nimrod criticized the opposition for questioning William's integrity. He suggested opposition leaders were trying to stall the investigation because they lacked evidence against Mitchell.

"Those who claim that they have information to implicate the prime minister in wrongdoing should embrace that opportunity to go to the commission of inquiry and give that evidence," Nimrod said. "These people who are attacking the legitimacy of the commission of inquiry are certainly not interested in getting the facts."

Mitchell has said Resteiner was made ambassador-at-large in August 1999 and had held a Grenada diplomatic passport, which was withdrawn in 2001.

In February, Resteiner was arrested in Singapore for extradition to the U.S. Federal prosecutors in Boston said he was indicted in March on charges of wire fraud, mail fraud and money laundering. [ 13-07-04 2041GMT ]

Document DJI0000020040713e07d000ul

2010 Factiva, Inc.  All rights reserved.

 **Associated Press**

**Barbados lawyer appointed to investigate bribery allegations against Grenada's prime minister**

By LOREN BROWN
Associated Press Writer
395 words
5 August 2004
13:36
Associated Press Newswires
APRS
English
(c) 2004.  The Associated Press.  All Rights Reserved.

ST. GEORGE'S, Grenada (AP) - The governor-general appointed a prominent Barbados lawyer Thursday to lead an inquiry into allegations that Grenada's prime minister accepted a bribe in exchange for giving a German-born businessman a trade minister position.

Governor-General Sir Daniel Williams said the inquiry would begin within two weeks with hearings open to the public. He did not provide details on the proceedings, including whether Prime Minister Keith Mitchell would be called to testify.

Williams named Richard Cheltenham, a Babardos lawyer who has litigated before the London-based Privy Council, to conduct the inquiry.

Mitchell has adamantly denied allegations that he accepted a US$500,000 bribe in exchange from Eric Resteiner. Business and church leaders, however, had called for an independent investigation.

The prime minister has filed criminal libel lawsuits against several people who have accused him of wrongdoing, including the Miami-based newsletter OffshoreAlert, which first reported the allegations in April. OffshoreAlert's publisher, David Marchant, has said he stands by the story.

Tillman Thomas, the leader of the opposition National Democratic Congress, questioned Cheltenham's ability to conduct a thorough investigation, noting that several key witnesses, including Resteiner and Marchant, were in the United States. He said Cheltenham should be allowed to travel to the United States or have witnesses brought to Grenada, details Williams did not address.

"An inquiry set up in Grenada while the main players ... are based in the United States is nothing but a big joke," said Thomas, who also faces a libel suit for repeating the allegations on national television.

But Thomas said did not question Cheltenham's integrity, saying "we have faith in him."

The government says Resteiner gave Mitchell about US$15,000 for travel expenses for a 2000 promotional tour of Europe and Kuwait without hope of personal benefit. The government insists such actions are common and accepted.

Resteiner was made ambassador-at-large in August 1999 and had held a Grenada diplomatic passport.

In February, Resteiner was arrested in Singapore for extradition to the United States. Federal prosecutors in Boston said he was indicted in March on charges of wire fraud, mail fraud and money laundering.

His case is being prosecuted in Massachusetts because many investors live there.

(db-ao)

7

Document APRS000020040805e08500lub

 **Associated Press**

**Grenada opens inquiry into bribery allegations against prime minister**

By LOREN BROWN
Associated Press Writer
548 words
27 August 2004
12:04
Associated Press Newswires
APRS
English
(c) 2004.  The Associated Press.  All Rights Reserved.

ST. GEORGE'S, Grenada (AP) - Grenada opened an inquiry Friday into allegations that the Caribbean island's prime minister accepted a bribe in exchange for giving a German-born businessman a position as trade ambassador.

Richard Cheltenham, a prominent Barbados lawyer appointed to lead the investigation, began the proceedings by outlining his plans in a televised address to the country. He said Prime Minister Keith Mitchell would be required to testify, though no date was set.

In a speech Thursday night, Mitchell repeated his denial of allegations that he accepted a US$500,000 bribe in exchange for the position from Eric Resteiner. Mitchell promised to cooperate with the inquiry and abide by its findings.

"Let me assure you that I will be going before the commissioner with a clear conscience, safe in the knowledge that I have done nothing wrong," Mitchell said.

"I have full faith in the objectivity and independence of the commissioner," he added. "And I am convinced that when the commission of inquiry comes to an end I shall be fully vindicated."

It's the first time in Grenada's history that a prime minister has faced such an inquiry. Governor-General Sir Daniel Williams appointed Cheltenham after opposition politicians, church leaders, and business leaders called for an independent investigation.

Opposition leaders have praised Cheltenham's integrity but questioned his ability to conduct a thorough inquiry, noting that three key witnesses -- including Resteiner -- are abroad and cannot be forced to testify.

In February, Resteiner was arrested in Singapore for extradition to the United States. Federal prosecutors in Boston said he was indicted in March on charges of wire fraud, mail fraud an money laundering.

Resteiner was made ambassador-at-large in August 1999 and had held a Grenada diplomatic passport. Grenada's government says Resteiner gave Mitchell about US$15,000 for travel expenses for a 2000 promotional tour of Europe and Kuwait without hope of personal benefit. The government insists such actions are common and accepted.

Another key witness is David Marchant, the publisher of the Miami-based newsletter OffshoreAlert, which first published the allegations in April.

Marchant, who lives in Miami, said Cheltenham hadn't contacted him. But he said he would be reluctant to go to Grenada because Mitchell has filed a criminal lawsuit against him. Marchant said he stood by his story.

"I would be going into the unknown, a country that I've never visited before, and a country whose government doesn't abide by the rule of law," he said in a phone interview. "I would be apprehensive, but I wouldn't rule it out.

"My safety would be an issue," he added. "If I set foot in Grenada ... would they arrest me?"

The third witness is Resteiner's former security chief, American Timothy Bass, who said he recorded videotape of Mitchell receiving a briefcase of money at Resteiner's home in Switzerland in 2000.

Bass, who lives in the United States, made the allegations in the OffshoreAlert report. Marchant said he had

contact information for Bass and would be willing to give it to Cheltenham.

Cheltenham is to look into the allegations and the circumstances surrounding the appointment.

(lb-ao/imj)

7

Document APRS000020040827e08r00fl7



**PM Prepares for Corruption Probe in Grenada**

Kate Joynes
219 words
11 January 2005
WMRC Daily Analysis
WDAN
English
Copyright 2005, World Markets Research Centre Limited. All Rights Reserved

Grenada's Commission of Inquiry will resume its work imminently to investigate claims that Prime Minister Dr
Keith Mitchell took a US$500,000 bribe in return for employing German-born Eric Resteiner as a Grenadian
diplomat. Allegations originate from a Miami (US)-based newsletter published by KYC News. Vote-rigging
accusations, combined with a string of corruption allegations, marred the government in the run-up to
election time, causing it to lose seven out of 15 seats to the opposition National Democratic Congress (NDC)
in the November 2003 national vote. Tillman Thomas' NDC is pushing ahead with a legal challenge to
overturn the ruling New National Party's (NNP) narrow election victory. The inquiry was scheduled to begin
its work in September last year.

 Political divisions remained painfully apparent even as the country dealt with the aftermath of Hurricane Ivan
that destroyed or damaged some 90% of the country's buildings (see Grenada: 19 November 2004:
Opposition Calls for Grenadian Prime Minister to Step Down as Security Minister in Wake of Hurricane Ivan).

Significance: With Grenada focused on reconstruction efforts, the corruption allegations against PM Mitchell
have been out of the news for several months. Now the inquiry is imminent, the administration must renew
efforts to improve its reputation.

Document WDAN000020050111e11b0002o



**Taiwan, Grenada set to cut ties; INTERNATIONAL AFFAIRS: Even as the nation's Caribbean ally was readying to declare an end to the relationship, allegations of bribery by Chinese officials surfaced**

By Melody Chen
STAFF REPORTER
553 words
27 January 2005
Taipei Times
TAIP
English
© Copyright 2005 The Taipei Times. All rights reserved.

With Taiwan and Grenada's 16-year diplomatic relations hanging by a thread, the Caribbean state's most senior diplomat returned from Beijing to Grenada yesterday, and is expected to announce the resumption of formal diplomatic ties with China today.

Elvin Nimrod, Grenada's minister of foreign affairs and international trade, signed a joint communique with Chinese Foreign Minister Li Zhaoxing to resume diplomatic ties between the two sides last Thursday.

"We will cut ties with Grenada as soon as it makes an official statement telling the general public about its new official relations with China, ministry spokesman Michel Lu said yesterday.

The ministry, aware that Grenada could not have resumed ties with China without promising to sever relations with Taiwan, is ready to give up the Caribbean ally.

Ruling out the possibility that Grenada might grant dual recognition to both Beijing and Taipei, Lu said Grenada must have vowed to keep Beijing's "one China" policy while re-establishing diplomatic links with China.

A report by the Grenada Today newspaper revealed last Saturday that a US$50,000 fund donated by the People's Republic of China's (PRC) Red Cross to its counterpart in Grenada for reconstruction work after Hurricane Ivan actually went into the pockets of Grenadian Prime Minister Keith Mitchell's government.

The money, which originated from a non-governmental organization in Beijing and was issued through the PRC Red Cross, was supposed to be given to the Red Cross of Grenada, which told the paper that it never received the money.

The paper said China gave the aid to Grenada through the two countries' Red Cross organizations, because the countries did not have diplomatic relations at the time.

Nevertheless, despite this lack of ties, the US$50,000 was eventually handed to a senior Grenadian tourism official through the Chinese embassy in Bridgetown, Barbados, the paper said.

Brenda Hood, chairperson of Grenada's National Emergency Relief Organization and the minister of tourism in Mitchell's administration, collected the money in November last year following a visit she made to Barbados in the aftermath of Hurricane Ivan on Sept. 7, according to the paper.

"Minister Hood is reported to have met and held talks with officials of the PRC Embassy [in Barbados] as part of Grenada's efforts to seek assistance in rebuilding the country," the paper said.

The paper added that in its investigation, it found that although Hood notified the Grenada Red Cross about the money, the money was never handed to the organization.

The paper quoted a Grenada Red Cross official as saying that while the charity telephoned the PRC embassy in Barbados on Jan. 10, they were told that the money was for the Mitchell government and not for use by the local charitable organization.

A source told Grenada Today that "the situation involving the Red Cross is a clear case of `dollar diplomacy,' in that Beijing is issuing its influence to get Grenada to break relations with Taiwan.

"Beijing has reportedly promised the Mitchell government US$100 million in aid over a 10-year period," the

paper said.

Document TAIP000020050127e11r00004

Dow Jones Newswires

**Grenada Opposition Seeks Name Of Lawmaker In Fraud Case**

239 words
3 August 2005
21:19
Dow Jones International News
DJI
English
(c) 2005 Dow Jones & Company, Inc.

ST. GEORGE'S, Grenada (AP)--The leader of the opposition demanded that the security minister identify a lawmaker he claimed was facing possible fraud charges in the U.S.

Tillman Thomas, the leader of the National Democratic Congress party, said Wednesday he had sent letters to National Security Minister Einstein Louison and police commissioner Winston James.

Louison claimed last week that a senior opposition member of Parliament was "involved in a real estate fraud" and could face legal action in U.S. courts. He refused to identify the parliamentarian but called on Thomas to investigate.

Thomas also demanded that Louison say who was making the alleged allegations. He asked James to reveal whether the FBI or other U.S. government agencies had sought Grenada's assistance in such an investigation.

The Media Workers Association of Grenada criticized the government last week for urging broadcasters and newspapers not to report on Louison's allegations shortly after he made them.

Government Press Secretary Barry Colleymore said that the government had only wanted the media not report on Louison's comment that the U.S. State Department was involved the investigation.

The media association, however, insisted Colleymore told journalists not to report on the entire story.

The U.S. Embassy has said it was not aware of any U.S. government investigation against any member of Grenada's parliament. [ 04-08-05 0419GMT ]

Document DJI0000020050804e1840003g



**Grenada opposition leader wants clarification on US fraud charges**

398 words
4 August 2005
07:27
BBC Monitoring Americas
BBCMAP
English
(c) 2005 The British Broadcasting Corporation. All Rights Reserved. No material may be reproduced except with the express permission of The British Broadcasting Corporation.

Text of report by Caribbean Media Corporation (CMC) news agency on 4 August

St George's, Grenada: Grenada's Opposition Leader, Tillman Thomas, [on] Wednesday [3 August] said he had written [to] National Security Minister Einstein Louison in response to his call that fraud charges against an un-named opposition figure be investigated.

Louison had said last week that a senior legislator was facing multiple fraud charges in the United States, telling reporters that the allegations were "serious" and could have repercussions for the island.

While he did not name the legislator, Louison called on the Leader of the Opposition to investigate the allegation.

"This is not the Government of Grenada, get that clear. This is the Government of the United States of America. This is the State Department. It came to my attention. That's in the context in which I raised it," he said.

Thomas said he wanted the Minister to reveal which US law enforcement agency laid the charge against the unidentified opposition legislator.

Thomas said he would also be seeking clarification from the United States State Department on and the US Embassy here on the issue.

"The Acting Commissioner of Police, Mr. Winston James was also written to and was asked to state whether the United States Federal Bureau of Investigation (FBI) or any other United States Law Enforcement Agency had visited Grenada or made a request for assistance from the Royal Grenada Police Force in apprehending the person alleged to be charged with the fraud," Thomas said in a statement.

Last week, Louison told a news conference that Washington was investigating fraud charges against an un-named opposition figure, but the US Embassy here denied any involvement.

"The U.S. Embassy is not involved in any legal action against any member of the Parliament of Grenada," said Julie O'Reagan, Director of Public Affairs.

The Media Workers Association of Grenada (MWAG) also called for a public apology from Louison, after it claimed that he had sought to prevent the publication of a news story on the issue.

MWAG said that the information provided to journalists at a news conference called by the Minister was incorrect and urged that media workers should not be used "as a pawn in any game of misinformation".

Source: Caribbean Media Corporation news agency, Bridgetown, in English 4 Aug 05

Document BBCMAP0020050804e184000p1

**Bank fraud case.(cases of First International Bank of Grenada)(Brief article)**

180 words
1 September 2006
Caribbean Update
CARU
NA
ISSN: 8756-324X; Volume 22; Issue 8
English
Copyright 2006 Gale Group Inc. All rights reserved.

The US Attorney for the District of Oregon, Karin Immergut, announced guilty pleas by two defendants in an investment fraud scam involving the First International Bank of Grenada (FIBG), reports Caribbean Net News (July 21, 2006). Robert Skirving and Rita Regale pleaded guilty to one count of Conspiracy to Commit Money Laundering. They and three others were charged in a scheme involving the FIBG, and various subsidiaries. The indictment alleged that defendants persuaded individuals to deposit money and invest in the "banks", promising annual returns of up to 300%. The defendants claimed the "banks" had assets worth up to US$74 billion, and that their deposits were 100% guaranteed against loss by the International Depositors' Insurance Corp.(IDIC). The indictment alleges the bank had no investment income and used new depositors money to make "interest" payments to earlier investors. In Aug.

2000, the FIBG was taken over by the Government of Grenada, resulting in losses to depositors in excess of US$100 million.

COPYRIGHT 2006 Caribbean Update, Inc.

Document CARU000020060822e29100016



**Prime Minister Sues Grenada Radio Station over Corruption Comments**

Kate Joynes
341 words
22 February 2007
Global Insight Daily Analysis
WDAN
English
Copyright 2007, Global Insight Limited. All Rights Reserved.

Grenadian Prime Minister Keith Mitchell is suing a local radio station over claims it made in relation to a corruption scandal that has been hanging over the premier for several years. Former Grenadian Ambassador Eric Resteiner made a sworn affidavit in a court in Illinois, the United States, in which he alleged that the Grenadian head of government had received US$500,000 in a briefcase from him in return for making the German-born Resteiner a diplomat to the Caribbean country. The allegations, known as the "Briefcase Scandal" were discussed on a Grenadian radio station owned by Andall and Associates and Spice Media. The media outlets are now facing legal action. In June 2004, the opposition National Democratic Congress (NDC) cited Grenada's criminal code as evidence that Prime Minister Mitchell should face an official probe.

 The code states that "any person who bribes a Minister or being a Minister receives a bribe where the object is to induce a Minister to do or to omit to do any act contrary to the official duties or show favour or partiality in the discharge of his duty shall be liable to a term of imprisonment for seven years". The one-man commission set up to investigate the claims against the ruling New National Party (NNP) government received strong criticism for an apparent lack of independence (seeGrenada: 29 June 2005: ).Significance: The NNP narrowly defeated Tilman Thomas's NDC in the November 2003 vote. Mitchell's re-election prospects are poor with the ongoing corruption claims. Taking legal action against a media organisation will do little to improve his cause. The NDC has focused on boosting transparency and tackling corruption as it seeks to remove the NNP from office. A change of government in the November 2008 parliamentary vote would be likely to prove refreshing for Grenadian democracy. The NDC is a moderate, left-of-centre party and there have been no signs of radical tendencies that would undermine business operations

Document WDAN000020070222e32m0004j



**Cheated US investor accuses Grenada's prime minister of complicity in fraud**

By MICHAEL BASCOMBE
Associated Press Writer
527 words
15 June 2007
15:44
Associated Press Newswires
APRS
English
(c) 2007.  The Associated Press.  All Rights Reserved.

ST. GEORGE'S, Grenada (AP) - A cheated American investor has accused Prime Minister Keith Mitchell of taking US$1 million (euro750,000) in kickbacks from a former Grenadian ambassador-at-large convicted of leading an international mail fraud scheme.

Government spokesman Barry Collymore dismissed the accusation Friday and said corruption allegations stemming from Mitchell's relationship with fraud ringleader Eric Resteiner were coordinated by his political opponents.

A lawsuit filed in U.S. District Court in New York by Charles Howland of South Dartmouth, Massachusetts, claims Mitchell received cash payments from the German-born Resteiner, who is serving a seven-year sentence at a federal prison in Rhode Island.

A former security director for Resteiner, Timothy Bass, testified in a deposition that the then-ambassador made two payments of at least US$500,000 (euro375,500) to Mitchell -- including one transaction in June 2000 that he secretly filmed at Resteiner's residence in Switzerland, according to documents filed with the U.S. lawsuit.

The complaint alleges Mitchell "knowingly shared in the spoil of an enormous pattern of fraud perpetuated by Resteiner on plaintiff."

Allegations that Resteiner bribed the prime minister for a diplomatic passport first surfaced in April 2004, when the Miami-based online newsletter OffshoreAlert reported that Mitchell accepted US$500,000 (euro375,500) from the businessman.

The island's governor general launched an inquiry into the allegations in 2005. The commission met for one week before it was adjourned to allow a legal challenge by the opposition. A court has since approved the opposition's request to participate in the probe.

"It's all political," Collymore said of the latest allegation. "If a prime minister is very popular among the people and you can't get him on performance, you have to find a way to get him. The easiest way to get him is to call him corrupt."

Collymore said nobody knew of Resteiner's criminal activity when he was authorized by the Cabinet to take the diplomatic position. He said he did not know whether Mitchell had received the lawsuit.

The Caribbean country's government has said Resteiner gave Mitchell about US$15,000 (euro11,266) for travel expenses for a 2000 promotional tour of Europe and Kuwait without hope of personal benefit. The government insists such actions are common and accepted.

But opposition lawmakers said the latest allegation had brought the tiny island of 90,000 people into disrepute.

"The government has brought hardship to the people of Grenada by involving itself with very shady characters," Parliament member Nazim Burke said.

Howland, who lost US$140,000 (euro105,150) in the mail fraud scheme between 1997-2000, seeks a jury trial and unspecified damages in the lawsuit that names Resteiner, Mitchell and his wife, Marietta Mitchell, as defendants.

Page 73 of 90    2010 Factiva, Inc.  All rights reserved.

His attorney, Daniel Abrams, declined to comment when reached at his office Friday in New York.

Resteiner was convicted of mail fraud and other charges in federal court in Massachusetts for cheating about 50 investors out of more than US$30 million (euro22.5 million).

7

Document APRS000020070615e36f00g7j



**Grenada PM scoffs at critics in first public comments on bribery allegation**

By LINDA STRAKER
Associated Press Writer
285 words
10 August 2007
14:46
Associated Press Newswires
APRS
English
(c) 2007.  The Associated Press.  All Rights Reserved.

ST. GEORGE'S, Grenada (AP) - Grenada's premier scoffed at his opponents Friday in his first public comment on allegations he accepted a bribe from a German businessman in return for a diplomatic passport.

Prime Minister Keith Mitchell, speaking in parliament, did not address the allegation specifically but used a popular Grenada expression to suggest it is of little significance.

"This is chicken compared to what you all have done," Mitchell told opposition lawmakers in response to their charges he had embarrassed the country.

According to a lawsuit filed in New York, Mitchell allegedly received US$1 million (euro730,000) from German businessman Eric Resteiner, who is serving a prison sentence for fraud in Rhode Island.

The suit alleges Mitchell "knowingly shared in the spoil of an enormous pattern of fraud perpetuated by Resteiner on plaintiff."

The prime minister previously had not personally responded to the accusations, though his spokesman called the charges meritless and politically motivated.

"There are a lot of things that I can say about members on the other side," Mitchell said Friday in parliament. "There are a lot of things that I can say about this so-called government in waiting. I don't want to talk about those things because they are not nice."

The government has said Resteiner gave Mitchell money for travel expenses for a 2000 promotional tour to Europe and Kuwait without hope of personal benefit, and that there was nothing inappropriate about the payments.

Mitchell's spokesmen has also said the government was unaware of the fraud case against Resteiner when the Cabinet approved his diplomatic passport.

7

Document APRS000020070810e38a00hrk



**Prime Minister of Grenada Urges U.S. Court to Drop Corruption Case**

Kate Joynes
204 words
17 August 2007
Global Insight Daily Analysis
WDAN
English
Copyright 2007, Global Insight Limited. All Rights Reserved.

Grenadian premier Keith Mitchell has issued an appeal via his legal team to rule a corruption case against him in the United States as "bogus". The prime minister and his wife Marietta are being sued in New York State by the victim of convicted con artist Eric Resteiner, who allegedly paid bribes to Grenada's head of government (see Grenada: 14 June 2007: ). The plaintiff alleged that he and 49 others were defrauded to the tune of US$30 million by German-born Resteiner who allegedly paid Prime Minister Mitchell US$1 million in exchange for being made an ambassador to the Caribbean country. The U.S. lawsuit claims that their cash inadvertently contributed to the Grenadian leader's alleged pay-off.Significance: Prime Minister Mitchell has been under the shadow of corruption allegations since before his narrow election victory in late 2003.

 The conviction Resteiner—who has formally implicated Grenada's head of government—received in the United States makes proceedings against Mitchell more plausible. The ruling New National Party is unlikely to be returned to power in November 2008, particularly if the premier stays on as party leader.

Document WDAN000020070817e38h00047

**Bribery allegations.(GRENADA)**

221 words
1 October 2007
Caribbean Update
CARU
15
ISSN: 8756-324X; Volume 23; Issue 9
English
Copyright 2007 Gale Group Inc. All rights reserved.

According to a Sentencing Memorandum filed by the US govt. in the District Court in Oregon, cash bribes were paid to Prime Minister Keith Mitchell and other govt. officials by the now defunct Grenadian-licensed offshore bank, First Intl Bank of Grenada (FIBG), reports Caribbean Net News (Aug. 30, 2007):

Former banking regulator Michael Creft, testified that FIBG paid bribes to the govt. of Grenada, and that he personally paid cash to Mitchell and Tony Joseph, described in the Memorandum as the "Treasurer of Grenada." The Memorandum filed by the US Attorney related to a case involving Douglas Ferguson, Robert Skirving, Laurent Barnabe, and Rita Regale, who pleaded guilty to separate counts of conspiracy to launder money in relation to FIBG. In "a massive Ponzi scheme," between 1996 and 2000, they operated a series of offshore "banks," including FIBG, which defrauded investors of more than US$170 million;

Creft testified that Barnabe was the conduit for bribes that FIBG paid to the govt. FIBG was reportedly the first offshore bank to be licensed and begin operations here and Creft was the chief regulator for offshore banks. He testified in Portland, Oregon, in Dec. 2006, that FIBG never attempted to operate legitimately, but instead corrupted even the minimal regulation which Grenada sought to enforce.

COPYRIGHT 2007 Caribbean Update, Inc.

Document CARU000020070926e3a100021



**Grenada's ruling party demands senator withdraw election fraud charge**

321 words
8 January 2008
08:57
BBC Monitoring Americas
BBCMAP
English
(c) 2008 The British Broadcasting Corporation. All Rights Reserved. No material may be reproduced except with the express permission of The British Broadcasting Corporation.

Text of report by Caribbean Media Corporation news agency website

GRENADA-POLITICS-Ruling party calls on legislator to withdraw statement over voters' list ST GEORGE'S, Grenada, CMC - The ruling New National Party (NNP) is calling on Senator Chester Humphrey to retract a statement he made accusing the party of tampering with the voters' registration list. The NNP says it will take legal action against Humphrey, if he does not withdraw the statement made on a popular radio talk show here over the weekend. "The New National Party calls on Senator Chester Humphrey to immediately retract the false and damaging statements made on the radio programme," said the NNP. "On this programme, Mr Humphrey accused members of the New National Party of interfering with the voters list. These statements are absolutely false" the party said. Humphrey, the head of the Militant Technical and Allied Workers Union (TAWU), who represents the Umbrella Trade Union Council (TUC) in the upper house of Parliament, said he had no intention of withdrawing the statement. The NNP said that the regional and international communities have hailed Grenada as a model of free and fair elections and it would urge "Humphrey and other persons making mischievous statements to refrain from trying to damage the image of Grenada". Discrepancies in the current voter's registration list released on the 30th of December have been blamed on a computer crash at the elections office last year. Supervisor of Elections Nadica McIntyre said that her office is working to rectify the problems with the list in which more than 500 names were missing and containing names of more than 100 dead people. There has been much speculation that Prime Minister Dr Keith Mitchell will call an early general election here. CMC/rt/pr/08

Source: Caribbean Media Corporation news agency website, Bridgetown, in English 1510 gmt 8 Jan 08

a7885fea

Document BBCMAP0020080108e418000p1



**Grenada opposition leader backs electoral register fraud allegation**

559 words
13 January 2008
10:57
BBC Monitoring Americas
BBCMAP
English
(c) 2008 The British Broadcasting Corporation. All Rights Reserved. No material may be reproduced except with the express permission of The British Broadcasting Corporation.

Text of report by Caribbean Media Corporation news agency website

ST GEORGE'S, Grenada, CMC - Grenada's Opposition Leader Tillman Thomas is backing a claim by independent Senator Chester Humphrey that the governing New National Party (NNP) of Prime Minister Dr Keith Mitchell has been tampering with the voters registration list.

Thomas, who leads the main opposition National Democratic Congress (NDC), has called on organizations such as the church, and the business community to join the struggle to safeguard the integrity of the electoral process.

"Somebody is tampering with the Electoral Office. It is a question of the integrity of the system. The New National Party is not concerned about integrity but we are concerned about the integrity of the electoral process," Thomas told reporters.

"We want all Grenadians to join us in that struggle. Not only Chester Humphrey. The churches, the business community, all those who are concerned about democracy and the integrity of our institutions ought to join in the struggle to get those zombies out of the Electoral Office".

Humphrey, an outspoken union leader who represents the Trade Union Council (TUC) in the Senate, said he had been informed by a source he is not prepared to name, that two Jamaican nationals have been "tinkering" with the data base in the electoral office.

Supervisor of Elections Nadica McIntyre said her office is trying to identify more than 500 missing names and purge the voters list of more than 100 dead people's names, discrepancies which Humphrey and the Opposition have blamed on a recent computer crash.

Senator Humphrey, who has often courted controversy with the ruling party, has been asked to retract his statement or face legal action.

Public relations officer of the NNP Ronald Straker said the labour Senator's claim results from his close ties with the NDC.

"Chester Humphrey is not an independent Senator. He is an NDC hired hand," snapped Straker while the general secretary of NNP Einstein Louison said he is concerned that the dispute could bring the parliamentary Elections Office into disrepute.

"We believe that we want to try as far as possible to keep the Electoral Office out of any disrepute because one has to understand clearly that you can create unnecessary tension in a country as it relates to elections," Louison told local media on the weekend.

An extended deadline for persons to scrutinise the new voters registration list dated September 30 but published on December 30, runs out on January 15.

"The evidence is clear that the Electoral Office could be described as a disaster. Right now in my possession, are the June list and the September list and persons who died two and three years ago; and persons who were not on the June list... they now appear on the September list," Thomas said.

"I can only presume that they have zombies in the Electoral Office because it's only zombies who can resurrect the dead and put it in the September list. In the natural progress of registration that could never happen".

The Electoral Office has been plagued by controversy since late last year when both the previous Supervisor and Deputy Supervisor of Elections were sent home with no official explanation.

Source: Caribbean Media Corporation news agency website, Bridgetown, in English 1810 gmt 13 Jan 08

a78f13b0

Document BBCMAP0020080113e41d0008d



**Grenada opposition rejects report clearing premier of bribery**

391 words
16 May 2008
02:15
BBC Monitoring Americas
BBCMAP
English
(c) 2008 The British Broadcasting Corporation. All Rights Reserved. No material may be reproduced except with the express permission of The British Broadcasting Corporation.

Text of report by Caribbean Media Corporation news agency website

St GEORGE'S, Grenada, CMC - Grenada's Opposition National Democratic Congress (NDC) has rejected the findings of a Commission of Inquiry which cleared Prime Minister Dr Keith Mitchell of accusations that he accepted a bribe from his former trade ambassador a few years ago.

In a statement released on Thursday, the NDC said it was outraged with the final report submitted by sole Commissioner and Barbadian jurist Sir Richard Cheltenham.

The party charged that the commission was never a serious attempt to probe the truth, but rather an attempt to cover up the Prime Minister's actions.

"It is unfortunate that the government chose to spend millions of dollars on an attempt at a whitewash when we have always advocated a parliamentary investigation that would have no doubt saved the taxpayers money and saved the country this current embarrassment of disbelief," the release said. Mitchell had consistently denied doing anything illegal in the face of allegations that he had received money for granting a diplomatic posting to German businessman Eric Resteiner.

Sir Richard's report said that there was no evidence against Mitchell and he could therefore not be called to testify before the commission.

But the NDC has refused to accept that position.

"All the main players at the centre of the allegations were not called and the commissioner refused to allow lawyers to cross examine the few witnesses he called," the party said.

"It is laughable that the commission could claim the Prime Minister has nothing to respond to when the Grenadian leader himself claimed in a national address that he received approximately 15,000 US dollars from the jailed Eric Resteiner."

The NDC further described the release of the report as "merely an election gimmick" and called on the population to dismiss it.

"Grenadian people eagerly await their real opportunity to render their verdict in upcoming general elections," the statement asserted.

Elections are not due until 2009, but it is widely anticipated that the polls will be held later this year.

Prime Minister Mitchell has announced that he would reveal the election date at the next major rally of his New National Party (NNP).

Source: Caribbean Media Corporation news agency website, Bridgetown, in English 1820 gmt 15 May 08

a8320528

Document BBCMAP0020080516e45g000ma



**Grenada lawyer remains silent about fraud charges**

395 words
2 June 2008
01:46
BBC Monitoring Americas
BBCMAP
English
(c) 2008 The British Broadcasting Corporation. All Rights Reserved. No material may be reproduced except with the express permission of The British Broadcasting Corporation.

Text of report by Caribbean Media Corporation news agency website

ST GEORGE'S, Grenada, CMC-Grenadian attorney-at-law Reynold Benjamin, charged with fraud, has vowed to remain tight-lipped about his involvement with the failed locally owned Capital Bank International (CBI) until the matter comes up in court.

Benjamin, released on bail 12 hours after his detention, said, in an effort to avoid influencing minds and leading to a trial in the media, he would not be pleading his innocence in public.

"That unfortunate practice is damaging the proper administration of justice in our country," said Benjamin who worked as an attorney-at-law for the embattled CBI.

"I cannot follow and would not be seen to uphold this practice by coming before the media and professing my innocence".

Benjamin, charged with two counts of fraudulent breach of trust amounting to 845,000.00 EC dollars, was granted bailed of 50,000.00 EC dollars with two sureties, and had to surrender all his travel documents.

He is the second person to be detained and charged in connection with the police probe into CBI after CEO Finton Debourg, was charged on four counts of fraud and released on an unprecedented 1 million EC dollars bail after five days in custody.

"Our law and our constitution say that everyone charged for an offence is presumed innocent until proven guilty in a court of law. It is equally wrong for me to go into details of my side of the story," Benjamin explained.

"For me to do so may well be seen as an attempt to prejudice the public's mind in my favour. Just, as it would be wrong for the other side to seek to prejudice a fair trial of the matter".

Benjamin, the leader of one of the two feuding fractions of the once powerful Grenada United Labour Party (GULP) of former Prime Minister Sir Eric Gairy, is due to make his first court appearance July 17.

He has selected former Attorney General and constitutional lawyer Dr.Francis Alexis as his defence lawyer.

CBI was closed in February and placed into the hands of a court appointed receiver after depositors complained that they were being denied access to their money.

Source: Caribbean Media Corporation news agency website, Bridgetown, in English 1950 gmt 1 Jun 08

a84867c4

Document BBCMAP0020080602e4620008d

**GRENADA: NEW PRIME MINISTER VOWS TO FIGHT CORRUPTION**

By Peter Ischyrion
941 words
10 July 2008
Inter Press Service
IPRS
English
(c) 2008 Global Information Network

SAINT GEORGE'S, Grenada, Jul. 9, 2008 (IPS/GIN) -- Attorney and human rights campaigner Tillman Thomas has emerged as the victor of Grenada's general election, unseating Prime Minister Keith Mitchell.

Mitchell, a former professor of mathematics at Howard University in the United States, apparently got his numbers all wrong. He had hoped to create history in Grenada by becoming the first head of government to be re-elected to office for an unprecedented fourth consecutive term.

His opponent, 63-year-old Tillman Thomas, was perhaps buoyed by the winds of change that have been sweeping the Caribbean over the past 18 months.

Thomas, who was jailed for two years in the early 1980s by the People's Revolutionary Government of left-wing prime minister Maurice Bishop, credited the victory of his National Democratic Congress to his team's "very effective campaign."

"We were well organized, we got our message over to the people and we have a very good program for developing the country," Thomas told reporters soon after the preliminary results confirmed his victory.

He said the outgoing administration had shown a disregard for good governance, and "people were not too happy as to how things were being managed in the country."

Grenada has one of the highest unemployment rates in the Caribbean, at about 15 percent. A third of all people are poor, and almost 13 percent are considered extremely poor, according to the International Fund for Agricultural Development. Nearly half of all households are headed by women, in large part due to the migration abroad of men in search of jobs.

The National Democratic Congress had been in opposition for the past 13 years after Mitchell led his New National Party to government in 1995.

In the run-up to the election, the seventh since the island attained political independence from Britain in 1973, the New National Party had urged voters to "Let the Progress Continue," and Mitchell said the defeat was "a very clear message that the people were voting for change."

"I think that's the fundamental factor here," said Mitchell, who had to ward off allegations of corruption, dictatorship and nepotism within his administration during the month-long campaign.

He said the anti-incumbent mood could also have been a result of the changing global environment that has affected all Caribbean countries, leading to an increase in the cost of living and the loss of preferential treatment for their goods and services on the world market.

The elections were monitored by observers from the Organization of American States and the Caribbean Community. The group's assistant secretary general, Albert Ramdin, said the high turnout of voters underscored a willingness of the population to participate in the democratic process.

"In many of the polling stations it was clear that almost 75 to 85 percent of the registered voters turned out. That is quite high for Caribbean elections in general," Ramdin said.

In the 2003 general election, the voter turnout was 57.4 percent.

Sections of the media here had billed the polls as the "most defining general election since our country secession from Great Britain in 1973."

"Defeat for either party could lead to the resignation of their leaders and usher them into the backdoor of the country's politics," the Grenada Advocate added.

Page 85 of 90    2010 Factiva, Inc.  All rights reserved.

The National Democratic Congress had campaigned on the theme of "Restoring Integrity, Renewing Hope [and] Building Together" a country that would be a land of equal opportunity, tolerance, fair play and prosperity.

"This country needs new energy and new blood in its veins," said Thomas, adding that the election provided a "wakeup call to do something about the many perils our country is facing."

He listed a significant surge in the cost of living, increased levels of poverty, a growing unsustainable debt, high levels of unemployment, poor housing and a lack of proper health care as some of the ills facing the country.

The country's agricultural sector, which is dominated by very small-scale farmers, has languished for years. In 1961, Grenada's farmers numbered 67,100. By 1995, the number had decreased to 43,400, according to the International Fund for Agricultural Development. This downward trend is continuing as young people drift away from the farming sector. The end result has been a large proportion of uncultivated land, low productivity and the loss of traditional farming knowledge and techniques.

Food imports now account for more than one-quarter of Grenada's total imports.

Thomas said his new administration would significantly reduce import duties on a select basket of essential goods, as well as initiate programs that would lead to increased food production and consumption.

The new government said its ability to attract new investments to the country will also be dependent on good governance, acknowledging that bad governance "is responsible for the failure of nation states" and is "often associated with corruption in high places."

Hence major donors and international financial institutions are increasingly basing their aid and loans on the condition that reforms, which ensure good governance, are undertaken, it added.

"One of the first tasks of our government will be to implement the Integrity in Public Life Act and the Anti-Corruption Act, both of which were passed by our Parliament several months ago but now lie dormant," Thomas said.

He said the new administration will also introduce freedom of information legislation.

"This is our country, and we want to make it a place where we can live, work, bring up our children and enjoy the fruits of our labor in peace and harmony," Thomas added.

Document IPRS000020080711e47a00008



**Grenada seeks video in PM corruption probe**

143 words
2 April 2009
17:27
Associated Press Newswires
APRS
English
(c) 2009.  The Associated Press.  All Rights Reserved.

ST. GEORGE'S, Grenada (AP) - Prosecutors in Grenada say their corruption case against a former prime minister hinges on a videotape they are trying to obtain as evidence.

Former Prime Minister Keith Mitchell has repeatedly dismissed accusations that he took US$1 million in kickbacks in 2000 from a former Grenadian ambassador-at-large. Mitchell's New National Party lost power in elections last year.

Prosecutors say they traveled to Boston to watch a video of the former Grenadian leader allegedly accepting a payment from former ambassador Erik Resteiner.

But the Ministry of Legal Affairs said in a statement Thursday that it needs Resteiner's cooperation to obtain the video as evidence.

Resteiner is serving a seven-year sentence at a federal prison in Rhode Island after his conviction on mail fraud and other charges.

7

Document APRS000020090403e5430002u



**Grenada added to, other countries still on money-laundering blacklist.**

519 words
8 September 2001
06:30
BBC Monitoring Americas - Political
BBCMAP
English
(c) 2001 The British Broadcasting Corporation [date of publication]. All Rights Reserved. No material may be reproduced except with the express permission of The British Broadcasting Corporation.

Text of report by Caribbean Media Corporation (CMC) news agency

St George's, Grenada, 7 September: An international agency fighting money laundering on Friday [7 September] added Grenada to the list of countries not doing enough to clean up their act.

And despite the hopes of a clearance expressed in Basseterre, the Financial Action Task Force [FATF] on money laundering kept St Kitts and Nevis on the list.

Other Caribbean countries whose names have not been removed are Dominica and St Vincent and the Grenadines. While the Dominica government had made some progress in cleaning up its offshore banking operations, the FATF said, it still needed to meet its commitment to further address some "money-laundering deficiencies".

The FATF, which on Friday issued a new blacklist, was set up in the late 1980s by the world's seven main economic powers, to put the curbs on money laundering. The FATF estimates that up to 1.5 trillion US dollars in illicitly gained cash is pumped through bank accounts by the underworld.

For not cooperating in the fight against the laundering of ill-gotten gains, the FATF threatens sanctions including denying further licences to banks from outcast countries to operate in FATF member states and advice to the wider business community of FATF countries that operating in culprit nations is risky.

A statement from the FATF said Grenada fully met only three criteria on good offshore banking practices and partially met six.

"Grenadian supervisory authorities have inadequate access to the customer account information and inadequate authority to cooperate with foreign counterparts," it complained. "Additionally, Grenadian financial institutions do not have adequate qualification requirements for owners of financial institutions."

Grenada's finance minister, Anthony Boatswain, reacted angrily to the news of his country's inclusion in the FATF list. "That is shocking news because from June to now we have gone to parliament and passed three additional pieces of legislation to strengthen our regulatory framework. All of these measures we designed to improve our regulatory framework, make it more difficult to [words indistinct] **illegal** practices like money laundering and for greater transparency in that area. So it is [word indistinct] baffling how such an action could be taken," Boatswain told the CMC.

The Grenada finance minister said there had to be another reason, which he could not ascertain, why the FATF had listed Grenada.

The FATF admitted that "Over the past year, Dominica has enacted several significant reforms to its counter-money laundering regime by providing for appropriate levels of customer identification." It noted that Dominica had recently asked Dominican institutions to apply customer identification requirements to existing accounts within one year.

Dominica has now addressed, as a legislative matter, most of the deficiencies identified in June 2000, "though significant implementation questions remain", the FATF said. "Additionally, Dominica must meet its commitment to further address its money-laundering deficiencies in the area of trusts," it added. "Therefore FATF is now inviting Dominica to submit an implementation plan."

Source: Caribbean Media Corporation news agency, Bridgetown, in English 2209 gmt 7 Sep 01.

Document bbcmap0020010908dx98000xg