

**Stratasoft Announces Contract with Call Centres of Grenada Inc.**

899 words
11 November 2003
01:45
Business Wire
BWR
English
(c) 2003  Business Wire. All Rights Reserved.

HOUSTON Stratasoft Inc., Houston Jason Pace, 713-795-2607 Jason.Pace@stratasoft.com or Investor Relations Contact: PR Financial Marketing LLC Jim Blackman, 713-256-0369 jimblackman@prfinancialmarketing.comStratasoft Inc. ("Stratasoft"), a wholly owned subsidiary of I-Sector Corporation (Nasdaq:ISEC), and a world- wide provider of contact center solutions, today announced a contract with Call Centres of **Grenada**, Inc. (CCGD), a **Grenada**-based call center that provides call centers services to international clients. This new contract encompasses the new StrataDial.VC2 Contact Management System. This system is capable of supporting over 200 agents and this contract has the capability to possibly grow to over 600 agents within a twelve (12) month period.

CCGD made the decision to pursue the agreement with Stratasoft following extensive research and a lengthy evaluation of several call center solution providers. CCGD made their final decision based on the following criteria: the solid reputation of Stratasoft in the Computer Telephony and Customer Relations Management industry, the flexibility and portability of the product, as well as Stratasoft's deep resources in R&D and proven track record in working in the global marketplace.

**Lev Model**, Consultant for Call Centres of **Grenada**, stated, "We selected the Stratasoft system as it offers a comprehensive call blending call center solution in conjunction with mission critical applications required for international service providers to compete in today's global marketplace. The Stratasoft CRM module is so flexible and powerful that this will allow us to rapidly deploy our customers' call center applications so as to provide more timely and efficient services. The global marketplace requires seasoned and experienced professionals and the award of this contract is a continuing example of Stratasoft's strategic position in the market place and their continued practice of solving practical business needs of contact centers worldwide."

Jason Pace, Vice President of Sales for Stratasoft, stated, "Stratasoft is very excited about this relationship as this is just another example of our ability to provide comprehensive, turnkey products designed specifically for service providers and to facilitate in the rollout of new campaigns. Stratasoft and CCGD are both extremely excited about the award of this contract due to the fact that it is the cornerstone of a successful American-Caribbean relationship on the forefront of an economic recovery that will hopefully prove extremely beneficial to both companies and both countries."

About Stratasoft Inc. and I-Sector Corporation:

Stratasoft is a wholly owned subsidiary of Houston, Texas-based I-Sector Corporation (Nasdaq:ISEC) and is an acknowledged technology leader in professional contact center systems. Stratasoft has a comprehensive patent portfolio that includes predictive dialing, predictive dialing algorithms, contact center database management, contact center campaign scripting and contact center management systems. Its product line consists of StrataDial(R).VC2 - Virtual Contact Center, a 2002 Product of the Year award winner from both Customer Inter@ction Solutions(R) and Communications Solutions(R) magazines, and StrataVoice(R), an Unattended Message Notification System. All of Stratasoft's products incorporate functionality that is 100% customer-driven and are designed to maximize productivity in any contact center application. Learn more about Stratasoft Inc. on the Web at www.stratasoft.com/international. I-Sector Corporation, headquartered in Houston, Texas, owns and operates in companies that are primarily engaged in the area of information technology. Additional information about I-Sector is available on the Internet at www.I-Sector.com

Safe Harbor Statement:

The statements contained in this document that are not statements of historical fact, including but not limited to statements identified by the use of terms such as "anticipate," "appear," "believe," "could," "estimate," "expect," "hope," "indicate," "intend," "likely," "may," "might," "plan," "potential," "project," "seek," "should," "will," "would," and other variations or negative expressions of these terms, are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 and involve a number of risks and uncertainties. The actual results of the future events described in the forward-looking statements in this document could differ materially from those stated in the forward-looking statements due to numerous

factors including:

-- Market and economic conditions

-- Risks associated with entry into new markets

-- The company's ability to attract and retain key management, sales and technical staff

-- The company's ability to identify suitable acquisition candidates and successfully integrate acquired companies

-- The estimated needs of customers as conveyed to the company and the nature and volume of products and services anticipated to be delivered

-- The company's ability to obtain sufficient volumes of products for resale

-- The company's ability to finance continued growth

-- Unexpected losses related to customer credit risk

-- Unforeseen costs and results related to acquiring and integrating new businesses

-- Catastrophic events

-- Uncertainties related to rapid changes in the information technology industry

-- Other risks and uncertainties set forth from time to time in I- Sector's public statements and its most recent annual report on Form 10K and other public reports and filings

Recipients of this document are cautioned to consider these risks and uncertainties and to not place undue reliance on these forward-looking statements.

The company expressly disclaims any obligation or undertaking to update or revise any forward-looking statement contained herein to reflect any change in the company's expectations with regard thereto or any change in events, conditions or circumstances upon which any statement is based.

Document BWR0000020031111dzbb00231

**Dow Jones Newswires**

**Head Of N.J. Firm Gets 28 Mos For Cheating Russian Co.**

288 words
31 October 1996
11:41
Dow Jones News Service
DJ
English
(Copyright (c) 1996, Dow Jones & Company, Inc.)

NEWARK, N.J. (AP)--A **Russian** who operated an export-import firm in Bergen County must serve 28 months for cheating an oil company owned by the **Russian** government of about $2 million.

The oil company, Kuiby of Novokuibyshevsk, sent the money to the firm operated by **Lev Model** at his home in **Englewood** Cliffs, believing that it was purchasing American consumer goods for its workers.

Model, 50, a naturalized U.S. citizen, was also ordered to repay $1.2 million to Kuiby by U.S. District Judge John W. Bissell, who determined that was the most Model was able to pay. He imposed no fine.

Model pleaded guilty in July to two counts of wire fraud, admitting that from July 1991 to January 1993, he pretended to be a representative of Sears, Roebuck & Co.

Model transferred nearly all of the money received by his company, Cleveland Export Import Trade Co., to various personal accounts, including one ostensibly for his daughter, he admitted.

"It was run from his kitchen table," said Assistant U.S. Attorney Timothy J. McInnis, who is handling the case for the government.

Some of the money was spent to buy a new Mercedes-Benz, and Model made numerous cash withdrawals in amounts just under $10,000 - the trigger for a report filed with the Internal Revenue Service - court papers showed.

The purchase of the family's home in 1993 also appears to have been made with Kuiby funds.

Model has been in custody since his arrest in February by the FBI after returning voluntarily from Moscow, where he had been living.

(END) DOW JONES NEWS 10-31-96

2:41 PM

Document dj00000020011013dsav06h9k

Page 5 of 9    2010 Factiva, Inc.  All rights reserved.

NEWS
**ENGLEWOOD CLIFFS MAN ADMITS BILKING FIRM OF $2.4M**

By JERRY DeMARCO, Staff Writer
561 words
9 July 1996
The Record
REC
All Editions.=.3 Star. 2 Star P. 2 Star B. 1 Star; Late. 1 Star Early
a03
English
© 1996 North Jersey Media Group Inc. Provided by ProQuest Information and Learning. All rights reserved.

An **Englewood** Cliffs businessman admitted Monday to bilking an oil importer owned by the **Russian** government of $2.4 million intended to buy American-made televisions, refrigerators, and other goods for its employees.

Pleading guilty to two counts of wire fraud, **Lev Model**, 50, admitted in federal court in Newark to keeping all but $19,000 of the money, using it to buy his wife a $48,000 Mercedes Benz, put a down payment on their house, and invest more than $630,000 in business ventures that went bust.

U.S. District Judge John W. Bissell said he likely would sentence Model, a **Russian**-born naturalized American citizen, to 15 to 21 months, and possibly up to 46 months, in federal prison. He ordered that Model remain held without bail to prevent him from fleeing the country before his Oct. 3 sentencing.

Model has been in custody since surrendering to FBI agents Feb. 8 at Newark Airport after he arrived from Moscow, where authorities said he recently had been living.

In return for his plea, the U.S. Attorney's Office has agreed not to prosecute Model's estranged wife, Galina, who lives in the family home on Lynn Drive. The house is being turned over to the victimized company under a civil agreement, authorities said.

Model's attorney, Neal Frank of Hackensack, declined to comment after the court proceeding. Prosecutors said their sentencing recommendation likely would take into account Model's offer to cooperate with investigators.

Although Model has long contended he used $1.2 million, the government was set to prove he took double that amount in wire transfers before the plea arrangement was reached, Assistant U.S. Attorney Timothy J. McInnis said.

Model, who had trouble remembering exact dates and figures, told Bissell he established the Cleveland Export Import Trade Company from his **Englewood** Cliffs home. Acting as a representative of Sears, Roebuck and Co., he said, he promised the American-made goods to Kuiby, an oil company owned by the **Russian** government, without intending to deliver them.

A contract was signed July 12, 1991, and Kuiby wired Cleveland $1,000,800 as a 30 percent down payment, he said. Over the next year, Model admitted, he sent Kuiby several false telexes persuading the company to forgo a bank guarantee of the money _ and delivered less than $100,000 worth of goods to appease the company. Subsequent telexes falsely indicated large shipments were either on their way or had been lost or stolen on their way to **Russia**, he said.

Kuiby later sent Model's company $300,000 in March 1992 and $1.1 million two months later, authorities said. In return, Model sent $113,000 worth of goods.

Model acknowledged meeting with a Kuiby representative in New York on June 29, 1992, and admitting, in writing, that he took $2.4 million and would repay it.

Instead, he admitted, he withdrew hundreds of thousands of dollars in amounts of less than $10,000, at least temporarily escaping the detection of authorities; transferred large sums to new corporate and personal bank accounts, including one in his daughter's name; and bought his wife a 1991 Mercedes. He said he also invested $631,210 over six months in a now-defunct Hoboken shipping business.

Document rec00000020011015ds7900mi9

Page 7 of 9    2010 Factiva, Inc.  All rights reserved.

**The New York Times**

NEW JERSEY DAILY BRIEFING
Section B; Metropolitan Desk
**Guilty Plea in Export Case**

By TERRY PRISTIN
134 words
9 July 1996
00:52
The New York Times
NYTF
Late Edition - Final (New Jersey)
Page 1, Column 1
English
c. 1996 New York Times Company

NEWARK -- It was 1991, and modern Western appliances were hard to come by in Siberia. So a **Soviet**-owned oil company, looking to help its employees, sent $2.2 million to **Lev Model**, a **Russian** national in **Englewood** Cliffs who ran an import-export company. Mr. Model was supposed to ship back thousands of television sets, washing machines and dishwashers for the oil company to sell to its workers at low prices.

But only about $200,000 worth of merchandise made it to **Russia**, Federal prosecutors said, and Mr. Model pleaded guilty in Federal court yesterday to having kept $1.2 million, said Timothy J. McInnis, an assistant United States attorney.

03:52 EDT July 9, 1996

262587

Document nytf000020011014ds7900z8q

Page 8 of 9   2010 Factiva, Inc.  All rights reserved.

# Los Angeles Times

Business; 4; Financial Desk
**In a First, U.S. Firm Gets 51% in Soviet Venture**

From a Times Staff Writer
299 words
19 October 1988
Los Angeles Times
LATM
Home
9
English
(Copyright, The Times Mirror Company; Los Angeles Times 1988 All Rights Reserved)

The United States and **Soviet** Union announced Tuesday the formation of the first joint venture between a **Soviet** government entity and a U.S. company in which the American partner will retain a majority interest.

The joint venture will import various specialty-food products whose distribution is under the monopoly control of the **Soviet** partner, the agricultural ministry. It will be called Torg International-torg is **Russian** for "trade"-and based in northern New Jersey.

The U.S. partner in the arrangement is Cleveland Export Import Trade Co., a small, privately held firm. Company President George Carroll, of **Russian** extraction and fluent in that language, said his firm has committed $10 million as part of its 51% ownership and that the Soviets are putting up the balance in hard currency.

In return for the **Soviet** imports-projected to include beer, brandy, Georgian wine and sparkling wine, nuts and chocolates-his company would ship bottling, labeling and packaging equipment to the **Soviet** Union, he said.

Carroll made his comments at a **Soviet** Embassy news conference where he, partner **Lev Model** of the Cleveland firm and representatives of the **Soviet** agricultural ministry signed the contract.

He said he intends to make a household word out of Laggidzie bottled waters, a product of **Soviet** Georgia. Laggidzie, Carroll added, is a fruit-flavored mineral water popular in Georgia and produced by a 100-year-old concern that applies all its bottle labels by hand.

"We're not upgrading their quality, only their efficiency," he said.

The **Soviet** entities involved are Grosagroprom, the agriculture ministry, and Soyuzplodoimport, U.S.S.R. State Committee of Agriculture. Representatives of both took part in the signing ceremony.

Document latm000020011117dkaj02joe