## AFFIDAVIT OF ROBERT D. PELO

I, Robert D. Pelo, am over the age of 21 and fully competent to swear to this Affidavit.

1. I am Controller of Grynberg Petroleum Company and either supervise or maintain directly the records of Grynberg Petroleum Company and its numerous affiliates.

2. Attached is a list I have maintained of Grynberg Petroleum Companies' collections from natural gas pipelines and producers as a result of private litigation over the years, commencing February 1, 1984 to May 10, 2010, comprising a total of $243,361,835. This list and the total do not include the following recent judgments: (a) $1,773,909.00 in <u>Grynberg Petroleum Company vs. Houston Systems Manufacturing Company, Inc.</u>, in Case No. 07CV1558 in Denver District Court, for breach of contract, plus attorney's fees in the amount of $660,336.63; and (b) $3,601,947.04, which includes treble damages and attorney's fees, in <u>Pricaspian Development Corporation vs. William Martucci, William Schaefer and First Unity, Inc.</u>, in Case No. 07CV4236 in Denver District Court, for violation of State RICO.

3. In addition to the litigation described in paragraph 2 above, Grant, Thornton LLP has completed an audit of British Gas, stating that British Gas owes the Grynberg Family approximately $30,000,000 for its share from the sale of the British Gas interest in offshore Kashagan in the Caspian Sea as part of litigation with British Gas.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: June _17_, 2010.

                                                      Robert D. Pelo, Controller

STATE OF COLORADO )
) ss.
CITY & COUNTY OF DENVER )

Subscribed and sworn to before me by Robert D. Pelo, Controller of Grynberg Petroleum Company, this 17th day of June, 2010.

_____
Notary Public



My Comm. Exp. 05-13-2014

## GRYNBERG PETROLEUM COMPANY

### COLLECTIONS FROM NATURAL GAS PIPELINES AND PRODUCERS

### AS A RESULT OF PRIVATE LITIGATION

| Date | Party | Amount |
|---|---|---|
| 2/1/84 | TEXAS UTILITIES FUEL COMPANY | $117,337 |
| 5/9/84 | ROCKY MOUNTAIN NATURAL GAS *I | 1,320,000 |
| 4/1/95 | TEXAS UTILITIES FUEL COMPANY | 59,766 |
| 6/9/87 | ROCKY MOUNTAIN NATURAL GAS *Ii | 201,839 |
| 9/13/87 | ROCKY MOUNTAIN NATURAL GAS *II | 13,028 |
| 7/1/88 | EL PASO NATURAL GAS I | 1,430,000 |
| 10/1/88 | ROCKY MOUNTAIN NATURAL GAS *II | 138,002 |
| 1/4/89 | TRANSWESTERN PIPELINE/ENRON VERDICT | 8,578,761 |
| 1/5/89 | QUESTAR 1 | 3,670,254 |
| 2/9/90 | NORTHWEST PIPELINE 1 | 116,742 |
| 4/1/91 | EL PASO NATURAL GAS II | 479,939 |
| 4/16/91 | ROCKY MOUNTAIN NATURAL GAS *II | 1,722,944 |
| 5/11/Q? | NORTHWEST PIPELINE | 50,000 |
| 3/18/93 | ROCKY MOUNTAIN NATURAL GAS *III | 24,602 |
| 1/15/94 | QUESTAR II (TAX & PRICE REIMBURSEMENTS) | 1,513,000 |
| 1988-1995 | QUESTAR II (COMPRESSION REIMBURSEMENTS) | 1,314,000 |
| 4/18/95 | PACIFIC ENTERPRISES | 375,000 |
| 7/26/95 | PACIFIC GAS & ELECTRIC | 30,000 |
| 9/20/95 | KN ENERGY III & IV SETTLEMENT | 10,467,000 |
| 12/28/95 | TEXAS UTILITIES FUEL COMPANY | 67,500 |
| 12/0/97 | CITATION OIL & GAS | 2,094,226 |
| 6/22/05 | QUESTAR-VERDICT & 10TH CIRCUIT DECISION | 5,776,913 |
| 6/23/05 | QUESTAR VERDICT | 1,389,473 |
| 6/24/05 | KINDER MORGAN SETTLEMENT | 6,425,000 |
| 6/25/05 | AMERIGAS | 90,000 |
| 6/25/05 | EOG RESOURCES | 37,000 |
| 6/25/05 | KINDER MORGAN SETTLEMENT | 13,475,624 |
| 6/27/05 | BOC SETTLEMENT | 1,800,000 |
| 8/26/06 | MC ELMO DOME SETTLEMENTS | 12,400,000 |
| 11/13/09 | WILLIAMS | 2,770,681 |
| 5/10/10 | WILLIAMS | 110,649 |
| | | $78,059,280 |

### OVERSEAS SETTLEMENT COLLECTIONS

| | | |
|---|---|---|
| 1995-2010 | BRITISH PETROLEUM, STATOIL & BRITISH GAS | $165,302,555 |

TOTAL: $243,361,835