

**Welcome to Caribbean Net News**   Archives & Site Search:   [Search]

- Sections
- Front Page
- Business
- Commentary
- Editorial
- Education
- Entertainment
- Features
- Health
- Immigration
- Legal
- Letters
- Sports
- Technology
- Travel
- Weather
- Departments
- About Us
- Advertise
- Archives
- Caribbean Net Travel
- Contact Us
- Contribute
- Daily Headlines
- Employment
- XML/RSS Feed
- Interactive
- Caribbean Forum
- Free Classifieds
- Community Calendar
- Caribbean Directory
- Multimedia
- Caribbean Net Radio
- Audio Streaming
- Video Streaming
- Regional
- CARICOM
- OAS
- OECS
- Countries/Territories
- Anguilla
- Antigua / Barbuda
- Bahamas
- Barbados
- Belize
- Bermuda
- British Virgin Islands
- Cayman Islands
- Cuba

Venezuela sees no need for OPEC hike....

News from the Caribbean as of Monday July 5, 2010

## Death threat against Grenadian journalist


Leroy Noel

Friday, June 4, 2004

ST GEORGE'S, Grenada: Media personnel in Grenada are finding it extremely hazardous to operate there these days. On Thursday morning, journalist Leroy Noel, who was personally threatened by Grenada's Prime Minister last week, is now facing a threat on his life.

Noel who contributes to *Caribbean Net News* and several other media houses told police Thursday that he received a telephone call on his mobile phone around 6:30 am local time saying, "Leroy Noel, write any more stories about the Prime Minister and you are a dead man."

Noel was picked up by police last Thursday for questioning in relation to an article he had written entitled "NNP days are over".

In view of the seriousness of the threat, attorney at law Anselm Clouden has issued a call to Commissioner of Police Fitzroy Bedeau to institute a thorough investigation of this matter and provide some sort of security for Mr Noel.

This threat comes one week after he received a verbal threat from Prime Minister Mitchell where he was told, "your time is coming." He has also made a report to the police on this incident.

There has being a falling out between the government and media in Grenada after the former issued a threat to media houses stating if they publish a report carried in the Miami-based



EQUIPMENT INC
WWW.CRYSTALGRAPHIC.COM

PRINTING MACHINERY
NEW YORK | MIAMI

MCM
MEDIA AND
PUBLIC RELATIONS
COMMUNICATIONS
MARKETING

345 623 6060
www.mcmcayman.com

CLICK HERE TO VISIT

FOR DAILY NEWS FROM
THE CAYMAN ISLANDS

- Dominica
- Dominican Republic
- El Salvador
- Grenada
- Guadeloupe
- Guyana
- Haiti
- Jamaica
- Martinique
- Montserrat
- Netherlands Antilles
- Puerto Rico
- St Kitts & Nevis
- St Lucia
- St Vincent
- Suriname
- Trinidad & Tobago
- Turks & Caicos
- US Virgin Islands
- Venezuela
- Featured Links


Miss Cleo's Cayman Cook book is here!
US$20
CLICK HERE

Offshore Alert newsletter, which alleged that the Prime Minister received US$500,000 from a German fraudster Eric Resteiner, the full force of the law will be brought upon them.

Dr Mitchell has admitted having received approximately US$15,000 from Resteiner who is now in prison in Singapore.

As news of the story began to circulate in the country, Mitchell's New National Party government took drastic measures to limit its reach, including sending letters to local media threatening legal action.

Journalists responded by walking out en masse at a press conference conducted by the Minister of Tourism.

Odette Campbell, the News Director of the Grenada Broadcasting Network, of which the government owns 40 per cent, was suspended for participating in the walkout and later resigned in protest.

Two political activists were reportedly arrested for distributing photocopies of the Offshore Alert article to the public.

A popular Internet-based chat forum – known as the Spiceislander TalkShop – was closed down by Cable & Wireless after it was threatened with legal action.

And even the BBC World Service was temporarily taken off the air locally after it began reporting about the allegation.

The situation has become so bad that Paris-based journalists' rights group Reporters Without Borders issued a press release on May 28 condemning what was taking place in Grenada.

The opposition National Democratic Congress seized on the allegation and the fact that Mitchell had not called a meeting of Parliament for two months by holding an informal People's Parliament to discuss Offshore Alert's article at which an estimated 3,000 to 5,000 people turned up.

Opposition leader Tillman Thomas has called for an independent inquiry into the bribery allegation.

Mitchell refused to answer questions about the allegation when parliament sat again on May 28, claiming the matter was *sub judice* because he had filed a libel action against Offshore Alert's publisher the day before.

According to KYC News Inc., the publisher of Offshore Alert, no summons has yet been served on them and, indeed, have not received a single complaint about the article, form Mitchell or anyone else.

Mitchell's government issued a press release on May 10, 2004 stating: "The Government of Grenada is taking legal action against KYC News for an article published by Offshore Alert on April 30, 2004 about Prime Minister Keith Mitchell.

"The Government wishes to advise the public of the following facts:



re-DISCOVER THE CARIBBEAN
Ads by Google

**New York To Grenada Flights**
Flying New York City to Grenada? Get Low Rates to Grenada Now!

**Grenada Flights**
Don't waste money! Find the lowest Fares from popular airlines.

**Caribbean Vacation Homes**
Affordable island home sites for sale in a premiere luxury community

**Sexy Caribbean Women**
Caribbean Dating & Singles Site. Find the Perfect Caribbean Woman!



Ads by Google

**St.James Medical School**
Enrolling now for Fall Semester. No MCAT needed Apply Today!
www.sjsm.org

**Grenada Flights from $49***
Grenada Fares Just Dropped! Book Now to Lock In the Best Deals
LowFares.com/Grenada

**Top Grenada News**
Get Breaking Grenada News From FT.com - View Articles Now
FT.com

**Cheap Flights to Grenada**
Going to Grenada? Fly.com Will Get You There Search on Fly
www.Fly.com

"Dr. Eric E. Resteiner was appointed by Cabinet as Trade Counsellor for Grenada in 1999.

"In 2000, as Trade Counsellor, Dr. Resteiner offered to cover the expenses for a trip by the Prime Minister to travel to several countries in Europe, as part of a promotional and investment tour to France, Austria, Leichtenstein (sic) and Switzerland, as well as Kuwait.

"The matter was considered by Cabinet. Cabinet agreed that the offer should be accepted.

"Dr. Resteiner provided the Government's delegation with the necessary financial support to cover the expenses of the promotional visit.

"The method by which this offer was provided, deliberated upon and transacted was transparent, as Trade Counsellors, Ambassadors at Large and similar representatives of Grenada often provide Government with financial support to assist in travel and investment promotion abroad, as well as certain economic, social and other activities in Grenada.

"The appointment of Dr. Resteiner as Trade Counsellor was revoked by Cabinet in 2001."

Mitchell became Grenada's Prime Minister in 1995, since when the island's name has become synonymous with white-collar crime, most notably through its now-collapsed offshore banking sector.

Over the last eight months, at least two foreigners appointed to diplomatic positions by Mitchell for economic consideration have been criminally indicted for fraud and money laundering in the United States, namely Viktor Kozeny and Eric Resteiner.

*Back...*

*Most popular articles: viewed, printed and e-mailed*

*Printable version*

*E-mail this story to a friend:*

Your e-mail:
Your name:
Your friend's e-mail:

[ Mail this page! ]

Ads by Google

**Caribbean Vacation Homes**
Affordable island home sites for sale in a premiere luxury community
www.TheIslandAtNewlan

**Government Construction**
Win Govt Contracts. Custom Leads, Daily, B2G Data Gives You the Edge.
www.Onvia.com

**Sexy Caribbean Women**
Caribbean Dating & Singles Site. Find the Perfect Caribbean Woman!
www.CaribbeanCupid.co

**GSA Contractor Fraud**
Report Contractor Fraud False Claims Act - Qui Tam Cases
www.mcknightandkenne

Copyright © 2003-2009 Caribbean Net News  All Rights Reserved

Feedback

Disclaimer: Letters, articles, and cartoons from contributors do not necessarily reflect the editorial position of Caribbean Net News, nor can Caribbean Net News be held accountable for these views.