

### FULL STORY:

**Minister Says Government Will Review Contract**

Finance Minister Nazim Burke says Government is reviewing the contract of Russian oil company Global Petroleum Grouping which was contracted by the previous Keith Mitchell administration to explore Grenadian waters for oil.

Minister Burke made the comment on a special edition of GBN's Beyond the Headlines broadcast last night (05.04.10).

His comments come in the face of complaints from GPG that the NDC administration is delaying the granting of a license to use a seismic vessel to carry out the second phase of its operations.

The Finance Minister says the review of this and many other contracts are taking longer than expected as government is now learning that most of these contracts were done without the knowledge and input of the relevant public servants.

GPG Chairman and CEO Eduaro Vasilev complained on national television that on two occasions it had applied for the license but has had neither acknowledgment nor proper response from the new administration.

But Minister Burke insists that government will not hurry into signing an agreement to grant anyone license until all legal battles with American Oil Explorer Jack Grynberg and RSM Corporation have been laid to rest.

After receiving judgment against himself in Arbitration last year, Grynberg has initiated another court case; this time against the lawyers for the government.

He is accusing them of racketeering.

Grynberg said in his suit that Grenada's representation in the arbitration was funded by GPG which it claims had corrupt ties to the previous administration.

GPG was granted a license in 2008 when it signed a deal with the then NNP government to search for oil.

Audio Clip:

**Business Directory Search**

Business name

**Cheap Flights to Grenada**
Going to Grenada? Fly.com Will Get You There. Search on Fly!
www.Fly.com

**University of Phoenix**
Grants and Scholarships Available. Explore Your Options. Get Info Now!
Phoenix.edu

Case 1:10-cv-00457-BAH Document 12-8 Filed 07/06/10 Page 2 of 4

**University of Phoenix**
Grants and Scholarships Available. Explore Your Options. Get Info Now!
Phoenix.edu

**Gov. Grants - Free Money**
Receive Gov Funding To Pay Bills, Start A Business or Get Education!
GetGovernmentGrantMone

© GBN

Print | Close

## Reprinted from Caribbean Net News
caribbeannetnews.com

### Grenada ministers reiterate government's commitment to deliver to nation

Published on Thursday, April 8, 2010

ST GEORGE'S, Grenada (GIS) -- The Grenada Government, elected to office in 2008, has reiterated a pledge of delivering on jobs and social services to nationals.



**Nazim Burke**

Finance and Energy Minister, Nazim Burke, and Foreign Affairs Minister, Peter David, used a local television appearance Tuesday night to comment on the prospect of economic growth and development with a pending maritime treaty to be signed between Grenada and oil-rich neighbouring Trinidad and Tobago.

There are also outstanding legal issues to be settled between American-based RSM Production Corporation, headed by oil and gas developer Jack Grynberg, and a Russian outfit called Global Petroleum Group (GPG), Burke said.

RSM and GPG reportedly signed maritime contracts with the former NNP government. Each company is now trying to get the current administration of Prime Minister Hon. Tillman Thomas to allow it the right to explore in Grenadian waters.

Both the Finance Minister and the Foreign Minister have expressed optimism that the legal matters, as well as the signing of a Grenada-Trinidad maritime treaty, could be settled by this August.

"It is very important for us to resolve the issues with Grynberg, as well as with the Russians," said Burke.

Minister David agreed, saying: "We need to get these matters resolved so that whatever is in our maritime space is utilised in the interest of our economic development. We are all committed to developing our country. We are committed to developing education and housing. We listen to our people; we understand what our people are saying. We need to get more jobs. We are going to do whatever we can to ensure it happens."

Investing in oil and gas exploration, and exploiting Grenada's maritime resources, afford the NDC administration a "serious possibility of delivering" on its promises to the people, Mr. David added. "We believe this initiative in boundary delimitation, and in the Ministry of Energy, is certainly a way that we can solve some of our problems," he said.

Minister Burke said government is being guided by programmes outlined in the 2008 election manifesto of the ruling National Democratic Congress, and in the 2010 national budget presented to parliament in January.



**External Affairs Minister, Peter David. (GIS photo**

"We have to ensure that we hold a tight ship; that we do the things that we said we would do. We are committed, we are determined, and we are confident we will make it happen," the Finance and Energy Minister emphasised. "We're guided by the budget and we're guided by our manifesto."

According to the minister, government is not "reacting simply to what the opposition says when they say that we are not doing this and we are not doing that. We're asking the people to be patient; to work with us. We will turn this thing around. But we need the cooperation and partnership of all of the social partners."

The Grenada-Trinidad maritime boundary line was agreed to by a joint commission of the two countries, and included in a report to the respective governments.

The Grenada delegation to the Joint Boundary Commission was headed by Dr Carlyle L Mitchell, an Adjunct Professor at the University of Ottawa, Telfer School of Management.

During the commission's final round of talks in Port of Spain last month, members were joined by Foreign Minister David and his Trinidad and Tobago counterpart, Paula Gopee-Scoon.

Both the Grenadian and Trinidadian governments have reportedly approved the commission's report, which outlines where the boundaries of Grenada and Trinidad begin and end.

David extended appreciation to Dr Mitchell and the other Grenadian commissioners, saying "they have done a tremendous amount of work getting us here. We can't pay large salaries to those people and they have saved the country a whole lot of millions of dollars in getting us this far."

Grenada's possible foray into oil and gas exploration has reportedly sparked threats against Minister Burke.

After receiving threatening and accusatory e-mail messages last year, help was sought and it was discovered that the "Internet Protocol addresses for the computers from which these e-mails were sent were found to be Russian," Burke said in Tuesday's TV interview.

He said new e-mail messages to his wife, containing "very threatening language," were received in the last 10 days.

The minister could not specify the source of the latest threatening messages, but argued that the threats ought to be taken with seriousness.

"I have spoken to the police. They are conducting their investigations," Minister Burke revealed. "I'm not interested in engaging in any fights with anybody. My responsibility, as the Minister responsible for Energy, is to preserve and protect the patrimony of the country, and that's what I'm doing."

Copyright© 2007-2009 Caribbean Net News at www.caribbeannetnews.com All Rights Reserved
For permission to republish, please contact editor@caribbeannetnews.com