UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RSM PRODUCTION CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:10-cv-00457 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| FRESHFIELDS BRUCKHAUS DERINGER U.S. LLP, JAN PAULSSON, and BRIAN KING, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Currently pending before this Court is the Motion of Defendants Freshfields Bruckhaus Deringer U.S. LLP, Jan Paulsson, and Brian King ("Defendants") to Dismiss Plaintiff RSM Production Corporation's Complaint. On October 28, 2010, the Defendants filed a Notice of Supplemental Authority to inform this Court of the Second Circuit's decision in *Norex Petroleum Limited v. Access Industries, Inc.*, -- F.3d --, 2010 WL 3749281 (2d Cir. Sept. 28, 2010), which held that the civil provisions of the Racketeer Influenced and Corrupt Organizations statute do not have extraterritorial application. *See* Dkt. No. 15. The Second Circuit recently amended the *Norex* decision to note that the court did not decide the extraterritoriality issue for actions brought by the Government. *See Norex Petroleum Ltd. v. Access Indus., Inc.*, -- F.3d --, 2010 WL 4968691, at *3 (2d Cir. Dec. 8, 2010). It appears that the only alteration is the addition of the following sentence:

> Because Norex brought a private lawsuit pursuant to 18 U.S.C. § 1964(c), we have no occasion to address—and express no opinion on—the extraterroritorial application of RICO when

      enforced by the government pursuant to Sections 1962, 1963 or 1964(a) and (b).

This amendment does not alter the holding of the court with respect to private actions.

Dated: January 11, 2011

Respectfully submitted,

/s/  David W. Ogden

David W. Ogden, D.C. Bar No. 375951
Andrew Weissman, D.C. Bar No. 245720
Danielle Conley, D.C. Bar No. 503345
Joshua M. Salzman, D.C. Bar No. 982239
WILMER CUTLER PICKERING
      HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000 (telephone)
(202) 663-6363 (facsimile)
david.ogden@wilmerhale.com

*Counsel for Freshfields Bruckhaus Deringer U.S. LLP, Brian King, and Jan Paulsson*