UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RSM PRODUCTION CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRESHFIELDS BRUCKHAUS DERINGER )<br>U.S. LLP, JAN PAULSSON, and BRIAN )<br>KING, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:10-cv-00457 (EGS) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Currently pending before this Court is the Motion of Defendants Freshfields Bruckhaus Deringer U.S. LLP, Jan Paulsson, and Brian King ("Defendants") to Dismiss Plaintiff RSM Production Corporation's ("RSM") Complaint. The single-count Complaint in this case alleges that the Defendants violated the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.*, when they agreed to represent the government of Grenada against RSM in an arbitration before the International Centre for the Settlement of Investment Disputes (ICSID), in a proceeding ultimately resolved in favor of Grenada. At the time that the Defendants filed their motion to dismiss in this case, RSM was seeking to have the ICSID panel's determination annulled, a fact that was noted by the Defendants in the Memorandum of Points and Authorities filed in support of their Motion to Dismiss. *See* Dkt. #8, at 7 n.9 ("RSM has challenged that award in an ICSID Annulment Proceeding.").[*] The Defendants wish to inform the Court that on

---

[*] RSM has also noted the pendency of the annulment proceeding. See Complaint, Dkt #1, at ¶ 29 ("The original ICSID Panel ruled that RSM's license submission was untimely, and the Arbitration is now pending in an ICSID Annulment Proceeding."); Plaintiff's Mem. in Opp. to Mot. to Dismiss, Dkt #12, at 11 ("This decision is presently being reviewed under Article 52(1) of the ICSID Convention by an ICSID annulment panel.").

- 2 -

April 28, 2011, the Committee reviewing RSM's annulment proceeding issued an order discontinuing the annulment proceeding and awarding Grenada the costs it incurred in that proceeding.  A copy of that order is attached as Exhibit A.  Defendants do not believe that this development materially impacts the four grounds for dismissal outlined in their Motion to Dismiss, or the fifth ground for dismissal described in the Notice of Supplemental Authority they filed on October 28, 2010 (Dkt. #15).

Dated:      May 4, 2011

Respectfully submitted,

/s/  David W. Ogden

David W. Ogden, D.C. Bar No. 375951
Andrew Weissman, D.C. Bar No. 245720
Danielle Conley, D.C. Bar No. 503345
Joshua M. Salzman, D.C. Bar No. 982239
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000 (telephone)
(202) 663-6363 (facsimile)
david.ogden@wilmerhale.com

*Counsel for Freshfields Bruckhaus Deringer U.S. LLP, Brian King, and Jan Paulsson*