**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Civil Action No. 10 Civ. 457 (BAH)

RSM PRODUCTION CORPORATION (3600 S. Yosemite Street, Suite 900 Denver, CO 80237),

Plaintiff,

v.

FRESHFIELDS BRUCKHAUS DERINGER US LLP (701 Pennsylvania Ave. NW, Suite 600 Washington, DC), JAN PAULSSON (2 rue Cézanne 75008, Paris, France) and BRIAN KING (520 Madison Avenue, New York, NY 10022)

Defendants.

## RSM PRODUCTION CORPORATION'S RESPONSE TO DEFENDANTS' MAY 4, 2011 NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff RSM Production Corporation responds briefly to Defendants' May 4, 2011 Notice of Supplemental Authority ("Defendants' Notice").

Defendants' Notice is the *third* Notice of Supplemental Authority Defendants have tendered since briefing on their pending Motion to Dismiss closed over nine months ago. While Defendants characterize their Notice as including new authority, by their own admission Defendants "do not believe that this development materially impacts" their pending Motion to Dismiss. Defendants' Notice at 2. RSM agrees.

The ICSID Annulment Proceeding was discontinued because neither party objected to discontinuance. ICSID Discontinuance Decision at 10. RSM was found to have "effectively abandoned" the proceeding and ordered to pay costs. Id. at 18. While RSM mentioned the annulment proceeding in a footnote in its Opposition Brief, this ruling -- by Defendants' own

admission -- has no bearing on the pending motion.  Its admitted irrelevance leads to the

reasonable conclusion that Defendants introduced it in an effort to poison the well.

RSM would like to take this opportunity to request that this case move forward.  RSM

would like to commence document discovery and depositions.  Defendants have taken the

position that discovery should not take place while their Motion to Dismiss is pending.  RSM is

prepared to move forward in any manner that is directed by the Court, be it a status conference,

oral argument, and/or discovery.

Dated: May 5, 2011

Respectfully submitted,

LAW OFFICE OF DANIEL L. ABRAMS, PLLC


_____
Daniel L. Abrams
2 Penn Plaza, Suite 1500
New York, New York 10121
(212) 292-5663
Admitted *Pro Hac Vice*

Kelly Pride Hebron
Pride Law Office
1300 Merchantile Lane, Suite 139ii
Largo, MD 20774
(301) 583-4633