# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RSM PRODUCTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FRESHFIELDS BRUCKHAUS DERINGER US LLP, *et al.*<br><br>Defendants. | Civil Action No. 10-00457<br>Judge Beryl A. Howell |

## ORDER

Upon consideration of the Motion to Dismiss submitted by defendants Freshfields Bruckhaus Deringer US LLP, Jan Paulsson, and Brian King, the legal memoranda submitted in support and in opposition to the motion, the associated exhibits and the applicable law, it is hereby

**ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' Motion to Dismiss is GRANTED. The plaintiff's Complaint is hereby dismissed.

**SO ORDERED**.

**DATED: August 3, 2011**

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge